IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LTD., | ) |
| | ) |
| Plaintiff, | )     C.A. No. 1:15-cv-00424-LPS |
| | ) |
| v. | ) |
| | ) |
| SUNOVION PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF NICOLE S. SAMPSON

I, Nicole S. Sampson, do hereby declare as follows:

1.      I am over the age of eighteen and I am a resident of the state of New York.  I make this declaration of my own personal knowledge, information and belief, and I can and will competently testify to the matters set forth herein if called upon to do so.

2.      I have been retained by counsel for Cipla Ltd. ("Cipla") to offer my expert opinions on the subject matter of the RE 43,984 patent (the "RE '984 patent").  I was asked by counsel for Cipla to provide this declaration to address certain of the claim construction disputes I understand are at issue between the parties in the current case, *Cipla Ltd. v. Sunovion Pharmaceuticals Inc.*, No. 1:15-cv-00424-LPS (D. Del.).

3.      I am being compensated solely for my time working on this case, at my normal hourly rate of $450 per hour. My compensation is not in any way dependent upon the opinions I reach or the outcome of this case or any case event.

## QUALIFICATIONS

4.      I am qualified to render opinions regarding the subject matter of the RE '984 patent, which is generally in the area of organic chemistry.  I have over 25 years of professional

experience relating to this subject.  Below I summarize my relevant education and experience. A copy of my *curriculum vitae* is also attached to this Declaration as Exhibit A.

5.      I am the Chair of the Department of Chemistry at Stony Brook University, as well as a Professor of Chemistry at the University.

6.      I received a Bachelor of Science in Chemistry from Harvey Mudd College in Claremont, CA in 1985.  Thereafter, I received a Ph.D. in Chemistry from the University of California in Berkeley, CA in 1990.  After receiving my doctorate, I worked as a postdoctoral associate at Harvard University in Cambridge, MA in 1991–1993.

7.      I joined the Department of Chemistry at Stony Brook University in 1993 as an Assistant Professor of Chemistry. In 1999, I was promoted to Associate Professor of Chemistry. I have been at my current position of Professor of Chemistry since 2002, and Chair of the department since 2012.

8.      In 2001, I received the American Chemical Society Cope Scholar Award for my work using peptides and polymers to study biological systems and in 2005, I received the American Chemical Society Pfizer Award in Enzyme Chemistry for fundamental studies of an enzyme, cholesterol oxidase.

9.      I have taught thousands of students organic chemistry at the undergraduate level and hundreds of students graduate level bioorganic chemistry, organic reaction mechanisms, and chemical biology since August 1993.

10.     I have conducted research in the area of organic chemistry and biochemistry for over 25 years.  Over the course of my years of research, I have employed organic chemistry methods to synthesize and characterize compounds of biological interest, many of which are

chiral. These compounds range from polymers substituted with peptides and sugars to steroid derivatives.

11.    The focus of my doctoral dissertation was studying the synthesis of inhibitors that provided X-ray crystal structure models of the transition state of serine protease catalysis. These syntheses involved the separation of enantiomers of α-aminoalkyl phosphinic acids by crystallization of a chiral amine salt. During my postdoctoral work in the laboratory of Jeremy Knowles in the Department of Chemistry at Harvard University, I studied how protein dynamics direct a reaction trajectory by using kinetic isotope effects.

12.    The breadth of my research since joining Stony Brook University has generally been at the intersection of organic chemistry and biochemistry. My current research primarily focuses on the synthesis of functional polymers and the investigation of proteins involved in bacterial steroid metabolism. My research group has investigated the mechanisms of protein catalysts that function at the sterol:lipid interface. Moreover, my group has also identified protein-protein and protein-sugar interactions that occur during mammalian fertilization using synthetic polymers in combination with *in vitro* fertilization assays and photoaffinity labeling methods.

13.    I have over 80 publications in the area of protein chemistry. My articles have been published in such reputable journals as Nature Communications, Journal of American Chemical Society, and Journal of Organic Chemistry. In addition, I have contributed to 3 book chapters as well as 7 book reviews and essays. I am one of the named inventors on 3 patents and 4 patent applications. I have been invited to and spoken at over 100 invited lectures at institutions and conferences.

14.    Over the course of my career, I have received numerous grants from sources such as the National Institutes of Health, National Science Foundation, American Chemical Society and NATO.

## APPROACH AND OPINIONS

15.    I have been asked to provide my opinion on the subject matter described in the RE '984 patent.  In providing my opinion, I have reviewed the RE '984 patent and its prosecution history, and technical references I believe provide guidance on the state of the art and related vocabulary in the time frame of the inventions of the RE '984 patent.

16.    In my opinion, a person of ordinary skill in the art in the field of the RE '984 patent would have at least a Master's Degree in chemistry, organic chemistry, physical chemistry or related field with at least 5 years of experience in the field in an academic or industry setting. The person of ordinary skill in the art may also have been part of a team with other individuals with similar educational background and experience.  Under this definition, I am a person of ordinary skill in the art as it pertains to the field of the RE '984 patent.

17.    I have been informed by counsel for Cipla that claims 9, 10, 17 and 18 of the RE '984 patent are asserted in this litigation.  Claim 9 recites pure and isolated levalbuterol L-tartrate with an enantiomeric excess of at least 95%.  Claim 10 depends from claim 9, and further includes that the tartrate salt is in crystalline form.  Claim 17 is drawn to pure and isolated (R)-salbutamol (L)-tartrate and (S)-salbutamol (D)-tartrate with an enantiomeric excess of greater than about 99%.  Claim 18 depends from claim 17, and limits claim 17 to the (R)-salbutamol (L)-tartrate.

18.    Counsel for Cipla has also advised me that the parties currently dispute the construction for the term "pure and isolated" in these claims of the RE '984 patent.

19.     It is my understanding that Cipla's proposed construction for the term "pure and isolated" is "a tartrate salt that is substantially free of any impurities." I understand that Sunovion's construction for the same term is "a resolution intermediate that is converted to (R) salbutamol substantially free of the (S) enantiomer that may further optionally be converted to a pharmaceutically acceptable salt of (R) salbutamol."

20.     I was asked to provide the Court additional technological background on the areas relating to the patent, claims and Cipla's construction.

21.     As relevant background, a compound can exhibit chirality when its molecule contains one or more carbon atoms ("chiral carbon") that are attached to four different groups or atoms. (Michael B. Smith, *Organic Synthesis*, New York: McGraw Hill, 1994, 22 (Exhibit B); Harold Hart, *Organic Chemistry*, Boston: Houghton Mifflin Company, 1991, 136 (Exhibit C).) When the different spatial arrangement of groups or atoms around the chiral carbon lead to molecules that are non-superimposable, the molecule is said to be chiral.  (Felix A. Carroll, *Perspective on Structure and Mechanism in Organic Chemistry*, Pacific Grove:  Brooks/Cole Publishing Company, 1998, 63 (Exhibit D); Ex. B at 22; Ex. C at 136.) When the non-superimposable molecules are mirror images, they are said to be enantiomers. (Ex. B at 22; Ex. C at 136; Ex. D at 63.)  For example, the molecule of salbutamol contains a chiral carbon, resulting in two enantiomers of salbutamol. The enantiomers of salbutamol are referred to as (R) and (S)-salbutamol.

22.     When a solution or mixture has equal amounts of two enantiomers, the solution or mixture is said to be racemic. (Ex. B at 44; Ex. C at 152; Ex. D at 96.)  For example, a racemic mixture of salbutamol would contain 50% (R)-salbutamol and 50% (S)-salbutamol.  In other

words, 50% of the molecules will have the (R) configuration and 50% of molecules will have the (S) configuration.

23.     A mixture could have unequal amounts of the two enantiomers.  The resulting amounts of each enantiomer of such a mixture can be expressed by using a measure referred to as "enantiomeric excess." (Ex. B at 44; Ex. D at 96.)  Enantiomeric excess is a term commonly used in the field of organic chemistry, and represents the percent of one enantiomer minus the percent of the other enantiomer. (Ex. B at 44; Ex. D at 96.)  For example, if a mixture contains 75% (R)-salbutamol and 25% (S)-salbutamol, then the enantiomeric excess of the mixture is 50% (R) salbutamol.  This value is obtained by subtracting the percent of (S) enantiomer (25%) from the percent of (R) enantiomer (75%).

24.     The RE '984 patent generally describes "optically pure" (R) and (S)-salbutamol and its pharmaceutically acceptable salts. (*See, e.g.*, Abstract.)  I understand from counsel that the parties have agreed that the term "optically pure" means "having an enantiomeric excess of at least 95%."

25.     The RE '984 patent notes that the (R) enantiomer of salbutamol is more potent than the (S) enantiomer. (col. 1, ll. 26-30; col. 3, ll. 1–5.) The (R) enantiomer of salbutamol is also referred to as "levalbuterol." (col. 1, ll. 29–30.)

26.     The specification of the RE '984 patent describes a general process for preparing optically pure (R) and (S)-salbutamol and its pharmaceutically acceptable salts. (*See, e.g.*, col. 2, ll. 1–12.) In generalized terms, the process involves starting with an optically impure or racemic mixture of salbutamol or salbutamol precursor, and resolving such mixture with L or D-tartaric acid to form salts of the tartaric acid. (*See, e.g.*, col. 2, ll. 1–12; col. 2, ll. 50–67; col. 4, ll. 13–21; col. 7, ll. 25–39.)  The specification specifically discloses that, as opposed to prior art references

where derivatives of tartaric acid were used as the resolving agent, the processes described in the specification involve resolving with L or D-tartaric acids. (*See, e.g.*, col. 2, ll. 1–18.)

27.     As an example, one process that is described in the RE '984 patent is to start with a racemic mixture of salbutamol. (*See, e.g.*, col. 2, ll. 1–12; col. 2, ll. 50–52.)  According to the teachings of the RE '984 patent, the mixture may be combined with L tartaric acid in an organic solvent. (*See, e.g.*, col. 2, ll. 1–12; col. 7, ll. 25-39.)  At this point, one of ordinary skill in the art would expect that the solution would contain (R)-salbutamol, (S)-salbutamol, and L-tartaric acid in a dissolved form in the organic solvent so that no solid is present.

28.     Upon cooling of the resulting mixture, however, one of ordinary skill in the art would expect that the least soluble salt would crystallize first. (*See, e.g.*, col. 7, ll. 25-39.) Because the specification of the RE '984 patent teaches that L tartaric acid leads to the more active (R) enantiomer (col. 3, ll. 1–5), one of ordinary skill in the art would expect (R)-salbutamol L-tartrate to be less soluble than (S)-salbutamol L-tartrate.   Therefore, one of ordinary skill in the art would understand that, in this example, the crystal that results upon cooling is (R)-salbutamol L-tartrate.

29.     One of ordinary skill in the art would further recognize that (R)-salbutamol L-tartrate that results may contain additional impurities, including any diastereomeric salts and other impurities that may be adsorbed onto the (R)-salbutamol L-tartrate salt.  A skilled artisan would understand that impurities are typically part of a chemical process, and can result from impurity of the reagents used in the process as well as impurities formed during the process. From the context of the patent, skilled artisans would understand that several impurities could result, including other diastereomeric salts such as (S)-salbutamol L-tartrate salt.   These impurities can result from the process itself as well as from any impurities that were present in

the reagents and solvents (i.e., racemic salbutamol, L-tartaric acid, organic solvents) used in the process.  If the desired result is to obtain a given tartrate salt, anything else that exists together with the desired tartrate salt is an impurity.

30.     In an effort to remove these additional impurities that may be present, the specification of the RE '984 patent teaches that the resulting tartrate salt (*e.g.*, (R)-salbutamol L-tartrate) is separated from the solution and purified. (*See, e.g.*, col. 4, ll. 13–21; col. 7, ll. 25–33; *see also* Amendment dated November 30, 2011 (CIPLA_LEVT_00000417–434).)  The salt may be separated by filtering the crystals from the solution. (*See, e.g.*, col. 7, ll. 25–33.) The salt may be purified by washing the crystals in a solvent. (*See, e.g.*, col. 7, ll. 25–33.) The step of washing the crystals removes any additional diastereomeric salts and other impurities from the (R)-salbutamol L-tartrate.  The impurities get removed when the salt is separated from the solution and the washing solvent dissolves any additional impurities that may be present, thereby removing them from the (R)-salbutamol L-tartrate. The resulting salt will be pure (R)-salbutamol L-tartrate, which will be substantially free of any impurities.

31.     In the next step of the process, the free base (*e.g.*, (R)-salbutamol) is liberated from the tartrate salt by adding a base to a solution of the tartrate salt. (*See, e.g.*, col. 7, ll. 25–39.) Example 9 shows the use of sodium methoxide as the base. (*See id.*)  The free base is obtained as a filtrate after the precipitates are removed. (*See id.*) The resulting free base can optionally be converted to a pharmaceutically acceptable salt. (*See, e.g.*, col. 2, ll. 8–10; col. 2, ll. 53-60; col. 7, ll. 25-39.)

32.     Accordingly, it is my opinion that one of ordinary skill in the art at the time of invention of the RE '984 patent would have understood the term "pure and isolated" as used in

8

the claims of the RE '984 patent to refer to a tartrate salt that is substantially free of any impurities.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on 24 June, 2016.

Nicole S. Sampson

# Exhibit A

# Nicole S. Sampson

## Biography

Nicole Sampson has a lifelong fascination with proteins, how they function in human biology, and how small molecules can alter their function to improve the human condition. She has led the tuberculosis community in mapping the mycobacterial cholesterol metabolism pathway and she has pioneered the use of chemical probes to unravel the intricacies of sperm-egg binding in mammalian fertilization. She has a long track record of bringing quantitative molecular insights to disparate biological arenas that provide translational breakthroughs.

Nicole's honors and awards include the Camille and Henry Dreyfus New Faculty Award, a National Science Foundation CAREER Award, the Arthur C. Cope Scholar Award and the Pfizer Award in Enzyme Chemistry, both from the American Chemical Society, the Research Foundation of SUNY Research and Scholarship Award, and the New York State NYSTAR Faculty Development Award. She has received over $11 million in research support from Federal and private agencies that include the National Institutes of Health, the Petroleum Research Fund, the National Science Foundation, the American Heart Association, the Dreyfus Foundation, Biogen, and Bristol-Myers Squibb. She has published approximately 100 peer-reviewed articles, reviews, and issued patents. She serves on the editorial advisory boards of *Accounts of Chemical Research*, *Biochemistry,* and the *Journal of Organic Chemistry*, as well as *Chemical & Engineering News*. Her leadership in the field of chemical biology has been recognized by being elected to Chair the Bioorganic Chemistry, as well as, the Enzymes, Coenzymes, and Metabolic Pathways Gordon Conferences.

Nicole began her formal research career at Harvey Mudd College under the direction of Paul van Eikeren where she studied the reduction/oxidation chemistry of vitamin B6 derivatives. She undertook the synthesis of inhibitors that provided X-ray crystal structure models of the transition state of serine protease catalysis in her PhD studies with Paul A Bartlett at UC Berkeley. She then moved to Harvard to learn enzyme biochemistry, kinetics, and molecular biology in the laboratory of Jeremy R Knowles and demonstrated through the use of kinetic isotope effects how protein dynamics direct a reaction trajectory. Nicole joined the Chemistry Department faculty at Stony Brook University in 1993 and is currently Professor of Chemistry and Chair of the Chemistry Department.

Nicole's initial independent work defined the mechanisms of protein catalysts that function at the sterol:lipid interface, in particular, cholesterol oxidases. Cholesterol oxidases are important as clinical reagents and as tools in cell biology, and their mechanism of action serves as a paradigm for how enzymes modify sterol membrane structure. Most recently, her laboratory has developed mass tags that are useful for interrogating the environment of any cysteine, but are particularly useful for studying proteins at the lipid interface because the tags are membrane impermeable.

Cholesterol metabolism is one of the mechanisms by which mycobacteria, e.g., *Mycobacterium tuberculosis (Mtb)*, survive and persist in their human host. Nicole initiated an investigation of the entire cholesterol metabolism pathway in *Mtb* using a multi-pronged approach that includes elucidating enzyme function, establishing metabolite structure and activity to identify the substrates of key enzymes, understanding pathway regulation, and identifying small molecules that interfere with the survival of *Mtb* in the human host. These studies are critical to advance the field given that the quality of genomic database annotations is so low, and therefore, mainstream genomic and proteomic experiments cannot be interpreted sensibly. Her laboratory identified unique structural assemblies of two enzyme classes in *Mtb*. This discovery changed how parts of the *Mtb* genome are

annotated. The structures of these enzymes, which were solved by her students, currently serve as the basis for inhibitor and therapeutic development. During the course of these studies, she began to work with clinicians from the NIH-IMPAACT study on translating the insights gained from fundamental studies into practical improvements in the TB clinic.

In addition to the cholesterol metabolism studies, Nicole's laboratory has identified protein-protein interactions that occur during mammalian fertilization using synthetic peptides and polymers in combination with *in vitro* fertilization assays and photoaffinity labeling methods. Currently, she is now investigating the receptors on the sperm responsible for initiating the membrane remodeling (acrosome) reaction that occurs when sperm encounter the female reproductive tract utilizing glycopolymers in conjunction with flow cytometry-based assays. Her work with polymers in fertilization led to the development of new methodology for the synthesis of polymers by ring-opening metathesis polymerization. In collaboration with Prof Kathy Parker, she developed 1-substituted cyclobutenes as monomers for ruthenium-catalyzed metathesis. Most notably, these methods enable the synthesis of precisely alternating polymers that have been employed as antibacterial scaffolds to explore the requirements for spacing, and are presently being applied to expand synthesis of new materials for technology applications.

As part of a third major research thrust, Nicole has contributed to the validation of the matrix metalloprotease hemopexin domain as a suitable target for inhibiting cell migration in cancer metastasis. In collaboration with Prof Jian Cao, she identified small molecules that bind to the hemopexin domain of MMP9 and MMP14 and block cell migration *in vivo*. These inhibitors represent a major advance in the field because they are protease specific, in contrast to earlier drug designs that targeted catalytic domains and which failed in clinical trials. Her studies are currently focused on developing improved inhibitors for *in vivo* use and using mass spectrometry probes developed in her laboratory to elucidate the structure of the physiologically active MMP-14 protein complex on the cell surface.

Nicole is firmly committed to developing training environments to prepare the next generation of students to perform interdisciplinary research. She is a mentor for graduate students in Chemistry, Pharmacology, and Biochemistry & Structural Biology PhD programs. She established the NIH-funded Chemical Biology Graduate Training Program at Stony Brook University and is presently the co-Director. This training program has developed many activities in collaboration with the Alan Alda Center for Science Communication that provides unique training opportunities for Stony Brook University graduate students. She serves as a standing member on the Training and Workforce Development B study section at the National Institutes of Health that reviews NIH training grants nation-wide.

# Nicole S. Sampson

| | |
|---|---|
| Department of Chemistry | Telephone: (631) 632-7952 |
| Stony Brook University | Fax/Asst: (631) 632-5731 |
| Stony Brook, NY 11794-3400 USA | Email: nicole.sampson@stonybrook.edu |

## Personal Data

Birth date:           31 August 1965
Citizenship:                  USA

## Education

| | | | |
|---|---|---|---|
| B.S | Chemistry | Harvey Mudd College, Claremont, CA | 1985 |
| Ph.D. | Chemistry | University of California, Berkeley, CA | 1990 |
| Postdoctoral fellow | Chemistry/Biochemistry | Harvard University, Cambridge, MA | 1991-1993 |

## Professional Experience

| | | |
|---|---|---|
| Assistant Professor of Chemistry | Stony Brook University | 1993-1999 |
| Member Biophysics Graduate Program | Stony Brook University | 1996-2005 |
| Member Biochemistry & Structural Biology Graduate Program | Stony Brook University | 1999-pres |
| Associate Professor of Chemistry | Stony Brook University | 1999-2002 |
| Visiting Scientist with the New Integrins Research Program | Biogen, Inc., Cambridge, MA | 1999-2000 |
| Member Molecular & Cellular Pharmacology Grad Program | Stony Brook University | 2000-pres |
| Professor of Chemistry | Stony Brook University | 2002-pres |
| Member, Institute of Chemical Biology & Drug Discovery | Stony Brook University | 2004-pres |
| Associate Dean for Curriculum, College of Arts & Sciences | Stony Brook University | 2009-2012 |
| Chair, Department of Chemistry | Stony Brook University | 2012-pres |

## Teaching Experience

Undergraduate:     Organic Chemistry Laboratory and Lecture, Advanced Organic Chemistry, Senior Thesis Research

Graduate:     Chemical Biology, Physical Organic Chemistry, Mechanistic Organic Chemistry, Bioorganic Chemistry, M.S. and Ph.D. Research

## Professional Societies

American Chemical Society
American Society for Biochemistry and Molecular Biology
American Society for Microbiology
Sigma Xi Scientific Research Society

## Honors and Awards

| | |
|---|---|
| Dean's List, Harvey Mudd College | 1982-1985 |
| Graduate Opportunity Fellowship, UC Berkeley | 1985-1986 |
| National Science Foundation Predoctoral Fellowship | 1986-1989 |
| Phi Beta Kappa (Doctoral) | 1990 |
| NIH Postdoctoral Fellowship (declined) | 1991-1994 |
| American Cancer Society Postdoctoral Fellowship | 1991-1993 |
| Camille and Henry Dreyfus New Faculty Award | 1993-1998 |
| NSF CAREER Award | 1996-2000 |
| ACS Arthur C. Cope Scholar Award | 2001 |
| Research Foundation of SUNY Research and Scholarship Award | 2005 |
| ACS Pfizer Award in Enzyme Chemistry | 2005 |
| NYSTAR Faculty Development Award | 2006-2008 |

3

Nicole S. Sampson

## Professional Service

| | |
|---|---|
| Quarterly Review of Biology, Book Review Editor | 1995-2014 |
| US-Israel Binational Science Foundation, Ad-Hoc Reviewer | 2000-2003 |
| American Chemical Society, Petroleum Research Fund, Ad-hoc Reviewer | 1997-present |
| National Science Foundation, Ad-hoc Reviewer | 1998-present |
| National Institutes of Health, SBC-B Study Section, Ad-hoc | 2006, 2008 |
| National Institutes of Health, Reproductive Sciences Study Section, Ad-hoc | 2003, 2006 |
| National Institutes of Health, Physical Biochemistry Study Section | 2000-2003 |
| Organizing Committee 18th Enzyme Mechanisms Conference | 2001-2003 |
| Chair, Nominating Committee, Division of Biological Chemistry, ACS | 2001-2002 |
| Chair, Organizing Committee *Caveat Pensionarius* Symposium to honor Paul A. Bartlett | 2002-2003 |
| Editorial Advisory Board, *Journal of Organic Chemistry* | 2003-present |
| Mentor for NIH/NIGMS Chemistry Faculty Mentoring Workshop | 2006-2008 |
| Vice Co-Chair Enzymes, Coenzymes and Metabolic Pathways Gordon Conference | 2007 |
| Co-Chair Enzymes, Coenzymes and Metabolic Pathways Gordon Conference | 2008 |
| Vice Co-Chair Bioorganic Chemistry Gordon Conference | 2008 |
| Co-Chair Bioorganic Chemistry Gordon Conference | 2009 |
| Steering Committee, Alan Alda Center for Communicating Science, SBU | 2009-present |
| Member, Committee on Publications, Am. Chem. Soc. | 2010-2014 |
| Councilor, Biological Division, Am. Chem. Soc. | 2012-2015 |
| Editorial Advisory Board, *Biochemistry* | 2013-2015 |
| Editorial Board, *Chemical & Engineering News*, Am. Chem. Soc. | 2013-2018 |
| NSF Division of Chemistry, Committee of Visitors | Feb 2013 |
| National Institutes of Health, Training and Workforce Development Subcommittee B Study Section | 2013-2017 |
| Editorial Advisory Board, *Accounts of Chemical Research* | 2014-2017 |

## Current Grant Support

| | | |
|---|---|---|
| NIH (PI)    R01GM097971 (formerly R01HD38519) | | $1,114,806 |
| "Polymer Probes of Cell-Cell Interactions" | | 9/20/11 to 8/31/16 |
| NIH (mPI; Jian Cao, corresponding PI)    R01CA166936 | | $1,570,000 |
| "Integrating Anti-invasive and Anti-growth Therapies Targeting Cancer Metastasis" | | 4/1/12 to 3/31/17 |
| NIH (mPI with Peter Tonge)    T32GM092714 | | $1,121,294 |
| "SBU Chemistry-Biology Interface Training Program" | | 7/1/15 to 6/30/20 |
| NIH (PI)    LI Reach Hub | | $100,000 |
| "Azasteroids for Combination anti-TB therapy" | | 12/20/15 to 12/31/16 |
| NIH (sponsor, Xinxin Yang, corresponding PI)    LI Reach Hub | | $50,000 |
| "LDL as Biomarker for Childhood Tuberculosis (TB)" | | 12/20/15 to 12/31/16 |

## Pending Grant Support

| | | |
|---|---|---|
| NSF    1609494 | | $538,276 |
| Complex Functional Materials Accessed through Precision Scaffold Synthesis" | | 5/1/16 to 4/30/19 |

**Nicole S. Sampson**

## Past Major Grant Support

| | |
|---|---|
| NIH | R01HL53306 |
| "Role of Cholesterol Oxidase Loop Residues in Catalysis" | 1995-2010 |
| NIH | R01HD38519 |
| "Investigation of ADAMs in Mammalian Fertilization" | 2000-2011 |
| NIH | R21AI065251 |
| "Mtb-Catalyzed Cholesterol Oxidation as Virulence Factor" | 2006-2008 |
| NIH | R21AI085349 |
| "Investigation of Mycobacterial GMC Oxidoreductase Rv3409c" | 2010-2013 |
| NIH | R21AI092455 |
| "Steroid Hormone Biosynthesis by *M. tb*" | 2011-2014 |
| NIH (mPI; Jian Cao, corresponding PI) | R01CA113553 |
| "Targeting the PEX Domain of MT1MMP: Novel Cancer Therapy" | 2006-2012 |
| NIH | S10RR021008 |
| "Acquisition of a MALDI-TOF mass spectrometer" | 2005 |
| NSF | CHE-1058439 |
| "Synthesis and Evaluation of ICMT Reagents for Mapping Lipid-Protein Interactions" | 2011-2014 |
| NSF (co-PI) | CRIF |
| Acquisition of a Preparative Ultracentrifuge | 1998 |
| NSF (co-PI) | CRIF |
| Acquisition of a Fluorescence Spectrometer | 1997 |
| NSF | CAREER |
| "Teaching and Research at the Interface of Chemistry and Biology" | 1996-2000 |
| ACS-PRF | |
| Understanding Enzyme Motion:  Using Protein Splicing to Synthesize Specifically Labeled Protein Hinge Mutants | 2000-2002 |
| ACS-PRF | |
| Learning the Rules:  What Constitutes a Catalytically Functional Protein Hinge? | 1996-1998 |
| NATO | 2003-2005 |
| Understanding Cholesterol Oxidase Pathogenesis: Investigation of Production, Structure and Activity | |
| AHA | |
| Protein Motion at the Lipid-Water Interface:  The Reaction Catalyzed by Cholesterol Oxidase | 1994-1997 |
| NSF | |
| Determination of the Lid Residues Critical for Catalysis by Cholesterol Oxidase | 1994-1995 |
| Camille & Henry Dreyfus New Faculty Award | 1993 |

## Publications (ORCID – 0000-0002-2835-7760/ResearcherID – C-4598-2014)

1. Romoff, T. T.; Sampson, N. S.; van Eikeren, P., (1987) "Regioselectivity and kinetics of hydride transfer in substituted 1-benzyl-3-quinolinecarboxamide redox reactions," *J. Org. Chem.* **52**, 4454-4459. DOI: 10.1021/jo00229a005

2. Sampson, N. S.; Bartlett, P. A., (1988) "Synthesis of phosphonic acid derivatives by oxidative activation of phosphinate esters," *J. Org. Chem.* **53**, 4500-4503. DOI**:** 10.1021/jo00254a015

3. Sampson, N. S.; Bartlett, P. A., (1991) "Peptidic Phosphonylating Agents as Irreversible Inhibitors of

Nicole S. Sampson

Serine Proteases and Models of the Tetrahedral Intermediates," *Biochemistry* **30**, 2255-2263.

4. Bone, R.; Sampson, N. S.; Bartlett, P. A.; Agard, D. A., (1991) "Crystal structures of α-lytic protease complexes with irreversibly bound phosphonate esters," *Biochemistry* **30**, 2263-2272.

5. Sampson, N. S.; Bartlett, P. A., (1991) "Attempted de novo design, synthesis, and evaluation of a ligand for the allosteric site of phosphofructokinase," *J. Org. Chem.* **56**, 7179-7183. DOI: 10.1021/jo00025a044

6. Sampson, N. S.; Knowles, J. R., (1992) "Segmental Movement: Definition of the Structural Requirements for Loop Closure in Catalysis by Triosephosphate Isomerase," *Biochemistry*, **31**, 8482-8487.

7. Sampson, N. S.; Knowles, J. R., (1992) "Segmental Motion in Catalysis: Investigation of a Critical Hydrogen Bond for Loop Closure in the Reaction of Triosephosphate Isomerase," *Biochemistry*, **31**, 8488-8494.

8. Kass, I. J.; Sampson, N. S., (1995) "The Isomerization Catalyzed by Brevibacterium sterolicum Cholesterol Oxidase Proceeds Stereospecifically with One Base," *Biochem. Biophys. Res. Commun.*, **206**, 688-693.

9. Sampson, N. S.; Kass, I. J., (1997) "Isomerization but not oxidation is suppressed by a single point mutation, E361Q, in the reaction catalyzed by cholesterol oxidase," *J. Am. Chem. Soc.*, **119**, 855-862. DOI: 10.1021/ja962258o

10. Ghoshroy, K. B.; Zhu, W.; Sampson, N. S., (1997) "Investigation of Membrane Disruption in the Reaction Catalyzed by Cholesterol Oxidase," *Biochemistry,* **36**, 6133-6140.

11. Pyluck, A.; Ruiyong, Y.; Galligan Jr, E.; Primakoff, P.; Myles, D. G.; Sampson, N. S., (1997) "ECD Peptides inhibit in vitro fertilization in mice," *Bioorg. Med. Chem. Lett.*, **7**, 1053-1058. DOI: 10.1016/S0960-894X(97)—160-1

12. Sampson, N. S.; McCann, A. E., (1997) "4,5-Cyclopropanocholestan-3β-ol substrates for cholesterol oxidase and their [1]H NMR assignments," *J. Org. Chem.*, **62**, 5893 -5897. DOI: 10.1021/jo9706537

13. Sampson, N. S.; Chen, X., (1998) "Improved Expression of Brevibacterium sterolicum Cholesterol Oxidase in Escherichia coli by Genetic Modification," *Prot. Exp. Purific.*, **12**, 347-352.

14. Sampson, N. S.; Kass, I. J.; Ghoshroy, K. B., (1998) "Assessment of the role of an Ω loop of cholesterol oxidase: a truncated loop has altered substrate specificity," *Biochemistry*, **37**, 5770-5778.

15. Sun, J.; Sampson, N. S., (1998) "Determination of the Amino Acid Requirements for a Protein Hinge in Triosephosphate Isomerase," *Prot. Science*, **7**, 1495-1505. PMC2144049

16. Chen, H.; Pyluck, A.; Janik, M.; Sampson, N. S., (1998) "Peptides Corresponding to the Epidermal Growth Factor-like Domain of Mouse Fertilin: Synthesis and Biological Activity," *Biopolymers (Peptide Science),* 47, 299-307.

17. Kass, I. J.; Sampson, N. S., (1998) "The Importance of Glu361 Position in the Reaction Catalyzed by Cholesterol Oxidase," *Bioorg. Med. Chem. Lett.*, **8**, 2663-2668.

18. Kass, I. J.; Sampson, N. S., (1998) "Evaluation of the Role of His447 in the Reaction Catalyzed by Cholesterol Oxidase," *Biochemistry*, **37**, 17990-18000.

19. Chen, H.; Sampson, N.S., (1999) "Mediation of Mammalian Sperm-Egg Fusion: Evidence That Mouse Egg α6β1 Integrin is the Receptor for Sperm Fertilinβ," *Chem. Biol.*, **6**, 1-10.

20. Yue, Q. K.; Kass, I. J.; Sampson, N. S.; Vrielink, A., (1999) "Crystal Structure Determination of Cholesterol Oxidase from Streptomyces and Structural Characterization of Key Active Site Mutants," *Biochemistry*, **38**, 4277-4286.

21. Sun, J.; Sampson, N. S., (1999) "Understanding Protein Lids: Kinetic Analysis of Active Hinge Mutants in Triosephosphate Isomerase," *Biochemistry*, **38**, 11474-11481.

22. Gupta, S.; Li, H.; Sampson, N. S., (2000) "Characterization of Fertilinβ-Disintegrin Binding Specificity in Sperm-Egg Adhesion," *Bioorg. Med. Chem.*, **8**, 723-729.

23. McCann, A.; Sampson, N. S., (2000) "A C6-FAD adduct is the major product of irreversible inactivation of cholesterol oxidase by 2α,3α-cyclopropano-5α-cholestan-3-ol," *J. Am. Chem. Soc.*, **122**, 35-39. DOI:

10.1021/ja992053q

24. Chen, X.; Wolfgang, D.; Sampson, N. S., (2000) "Use of the Parallax-Quench Method to Determine the Position of the Active-Site Loop of Cholesterol Oxidase in Lipid Bilayers," *Biochemistry*, **39**, 13383-13389.

25. Xiang, J; Sun, J.; Sampson, N. S.  (2001) "The Importance of Hinge Sequence for Loop Function and Catalytic Activity in the Reaction Catalyzed by Triosephosphate Isomerase," *J. Mol. Biol*, **307**, 1103-1112.

26. Sampson, N. S.; Sarah T. Ryan; Deborah A. Enke; Dominic Cosgrove; Victor Koteliansky; Philip Gotwals (2001) "Global Gene Expression Analysis Reveals a Role for the $\alpha_1$ Integrin in Renal Pathogenesis," *J. Biol. Chem*, **276**, 34182-34188.

27. Yin, Y,; Vrielink, A.; Sampson, N. S. Lario, P. (2001) "The presence of a hydrogen bond between asparagine 485 and the $\pi$ system of FAD modulates the redox potential in the reaction catalyzed by cholesterol oxidase," *Biochemistry*, **40**, 13779-13787.

28. Gupta, S.; Sampson, N. S. (2001) "Dimyristoylated Peptides Incorporated into Liposomes Are Polyvalent Fertilin$\beta$ Mimics*," Org. Lett.* **3**, 3333-3335.

29. Li, H.; Sampson, N. S. (2002) "Structural Analysis of Cyclic Peptide Fertilin$\beta$ Mimics That Are Ligands for $\alpha 6 \beta 1$ Integrin," *J. Pep. Res.* **59**, 49-54.

30. Yin, Y,; Liu, Pingsheng; Anderson, R.; Sampson, N. S. (2002) "Construction of a Catalytically Inactive Cholesterol Oxidase Mutant:  Investigation of the Interplay Between Active Site Residues Glutamate 361 and Histidine 447," *Arch. Biochem Biophys.* **402**, 235-242.

31. Roberts, S.K.; Sampson, N. S. (2003) "Increased Polymer Length of Oligopeptide-substituted Polynorbornenes using LiCl," *J. Org. Chem.* **68**, 2020-2023.

32. Lario, P.; Sampson, N.S.; Vrielink, A. (2003) "Sub-Atomic Resolution Crystal Structure of Cholesterol Oxidase:  What Atomic Resolution Crystallography Reveals About Enzyme Mechanism and the Role of the FAD Cofactor In Redox Activity," *J. Mol. Biol.* **326** 1635-1650.

33. Roberts, S. K.; Konkar, S.; Sampson, N. S. (2003) "Comparison of Fertilin$\beta$ Peptide-Substituted Polymers and Liposomes as Inhibitors of In Vitro Fertilization," *ChemBioChem* **4**, 1229-1231.

34. Kempf, J. G.; Jung, J-y.; Sampson, N. S.; Loria, J. P. (2003) Off-Resonance TROSY (R1p-R1) for Quantitation of Fast Exchange Processes in Large Proteins," *J. Am. Chem. Soc.* **125**, 12064-12065.

35. Ahn, K-w.; Sampson, N. S. (2004) "Cholesterol Oxidase Senses Subtle Changes in Lipid Bilayer Structure," *Biochemistry* **43**, 827-836.

36. Konkar, S.; Gupta, S.; Sampson, N. S. (2004) "Fertilin$\beta$ peptidic Liposomes Inhibit In Vitro Fertilization by Steric Blockage," *Bioorg. Med. Chem. Lett.* **4**, 1381-1384.  part of a Symposium-In-Print  on "Therapeutic Intervention Targeting Protein-Protein Interactions".

37. Xiang, J.; Sampson, N. S. (2004) "Library Screening Studies to Investigate Substrate Specificity in the Reaction Catalyzed by Cholesterol Oxidase," *Prot. Engineering, Design & Selection*, **17**, 341-348.

38. Xiang, J.; Jung, J-y.; Sampson, N. S. (2004) "Entropy Effects on Protein Hinges: the Reaction Catalyzed by Triosephosphate Isomerase," *Biochemistry*, **43**, 11436-11445.

39. Kursula, I.; Salin, M.; Sun, J.; Borledge, B.; Haapalainen, A.; Sampson, N. S.; Wierenga, R. K. (2004) "Understanding Protein Lids:  Structural Analysis of Active Hinge Mutants in Triosephosphate Isomerase," *Prot. Engineering, Design & Selection*, **17**, 375-382.

40. Roberts, K. S.; Sampson, N. S. (2004) "A Facile Synthetic Route Leading to Fluorescently Labeled ROMP Polymers," *Org. Lett.* **6**, 3253-3255.

41. Baessler, K.; Lee, Y.; Roberts, K. S.; Facompre, N.; Sampson, N. S. (2006) "Multivalent fertilin$\beta$ oligopeptides:  the dependence of fertilization inhibition on length and density," *Chem. Biol.* **13**, 251-259. PMC1475738

42. Lee, J; Parker, K. L.; Sampson, N. S. (2006) "Amino Acid-Bearing ROMP polymers with a Stereoregular Backbone," *J. Am. Chem. Soc.* **128**, 4578-4579.  10.1021/ja058801v PMC2562595

43. Lee, Y.; Baessler, K.; Sampson, N. S. (2006) "ROMP of norbornyl oligopeptides: A versatile synthetic method for exploring receptor topology," in *Understanding Biology Using Peptides*, S. Blondelle, ed., *American Peptide Society* (2005), 59-60.

44. Kempf, J. G.; Jung, J-y.; Ragain, C.; Sampson, N. S.; Loria, J. P. (2007) "Dynamic requirements for a functional protein hinge," *J. Mol. Biol.* **368**, 131-131. PMC2203303

45. Yang, X; Dubnau, E. Smith, I; Sampson, N. S. (2007) "*Rv1106c* from *Mycobacterium tuberculosis* is a 3β-hydroxysteroid dehydrogenase," *Biochemistry*, **46**, 9058-9067. PMC2596615

46. Lyubimov, A. Y.; Heard, K. Tang, H.; Sampson, N. S; Vrielink, A. (2007) "Distortion of flavin geometry linked to ligand binding in cholesterol oxidase," *Protein Science*, **16**, 2647-2656. PMC2222809

47. Chen, L.; Lyubimov, A. Y.; Vrielink, A.; Sampson, N. S. (2008) "The binding and release of oxygen and hydrogen peroxide are directed by a hydrophobic tunnel in cholesterol oxidase," *Biochemistry*, **47**, 5368–5377. PMC66763

48. Dufour, A.; Sampson, N. S.; Zucker, S.; Cao, J. (2008) "Role of the hemopexin domain of matrix metalloproteinase-9 in cell migration," *J. Cell Physiol.*, **217**, 643-651. PMC2574584

49. Lee, Y.; Sampson, N. S. (2009) "Polymeric ADAM protein mimics interrogate mammalian sperm-egg binding," *ChemBioChem*, **10**, 929-937. PMC2742739

50. Song, A.; Parker, K. A.; Sampson, N. S. (2009) "Synthesis of copolymers by alternating romp (AROMP)," *J. Am. Chem. Soc.,* **131,** 3444–3445. PMC2718539

51. Baessler, K.; Lee, Y.; Sampson, N. S. (2009) "β₁ Integrin is an adhesion protein for sperm binding to eggs," *ACS Chem. Biology*, **4**, 357-366. PMC2683199

52. Yang, X.; Nesbitt, N. M.; Dubnau, E.; Smith, I.; Sampson, N. S. (2009), "Cholesterol metabolism increases the metabolic pool of propionate in *M. tuberculosis*," *Biochemistry*, **48**, 3819–3821. PMC2771735

53. Lyubimov, A. Y.; Chen, L.; Sampson, N. S.; Vrielink, A. (2009) "A hydrogen-bonding network is important for oxidation and isomerization in the reaction catalyzed by cholesterol oxidase," *Acta Crys. D*, **65**, 1222-1231. PMC3089011.

54. Nesbitt, N. M.; Fontán, P.; Kolesnikova, I.; Smith, I.; Sampson, N. S.; Dubnau, E. (2010) "A thiolase of *M. tuberculosis* is required for virulence and for production of androstenedione and androstadienedione from cholesterol," *Infect. Immun.*, **78**, 275-282. 10.1128/IAI.00893-09. PMC2798224

55. Dufour, A.; Sampson, N. S.; Kuscu, C.; Zucker, S.; Cao, J. (2010) "Role of MMP-9 dimers in cell migration: design of inhibitor peptides," *J. Biol. Chem.,* **285**, 35944-35956. 10.1074/jbc.M109.091769. PMC2975217.

56. Song, A.; Lee, J.; Parker, K. A.; Sampson, N. S. (2010) "Scope of the ring opening metathesis polymerization (ROMP) reaction of 1-substituted cyclobutenes," *J. Am. Chem. Soc.,* **132**, 10513–10520. 10.1021/ja1037098. PMC2718539.

57. Song, A.; Parker, K. A.; Sampson, N. S. (2010) "Cyclic alternating ROMP (CAROMP). Rapid access to functionalized cyclic polymers," *Org. Lett.,* **12**, 3729-3731. 10.1021/ol101432m. PMC2933648.

58. Yang, X.; Gao, J.; Smith, I.; Dubnau, E.; Sampson, N. S. (2011), "Cholesterol is not an essential source of nutrition for *Mycobacterium tuberculosis* during infection," *J. Bact.,* **193**, 1473-1476. 10.1128/JB.01210-10. PMC3067635

59. Song, A.; Walker, S. G.; Parker, K. A.; Sampson, N. S. (2011) "Antibacterial studies of alternating, random and homo-polymers with varied positions of cationic side chains," *ACS Chem. Biol.,* **6**, 590-599. doi: 10.1021/cb100413w PMC3117943

60. Thomas, S.; Yang, X.; Sampson, N. S. (2011), "Inhibition of the *M. tuberculosis* 3β-hydroxysteroid dehydrogenase by azasteroids," *Bioorg. Med. Chem. Lett.,* **21**, 2216-2219. 10.1016/j.bmcl.2011.03.004 PMC3077731

61. Dufour, A.; Sampson, N. S.; Rizzo, R; DeLeon, J; Li, J; Kuscu, C.; Zhi, J.; Jaber, N.; Liu, E.; Zucker, S.; Cao, J. (2011) "Small molecule anti-cancer therapy selectively targets the hemopexin domain of matrix metalloproteinase-9 (MMP-9)," *Cancer Res.,* **71**, 4977-4988. 10.1158/0008-5472 PMC3138841

62. Zarrabi, K.;  Dufour, A.; Li, J;  Kuscu, C.; Kozarekar, P.; Zhi, J.; Sampson, N. S.; Zucker, S.; Cao, J. (2011) "Inhibition of matrix metalloproteinase-14 (MMP-14)-mediated cancer cell migration," *J. Biol. Chem.*, **286**, 33167-33177. 10.1074/jbc.M111.256644 PMC3190951.

63. Thomas, S. T., VanderVen, B. C., Sherman, D. R., Russell, D. G., and Sampson, N. S. (2011) "Pathway profiling in *Mycobacterium tuberculosis*:  Elucidation of cholesterol-derived catabolite and the enzymes that catalyze its metabolism," *J. Biol. Chem.* **286**, 43668-43678. 10.1074/jbc.M111.313643 PMC3243565

64. Slayden, R. A., Jackson, M., Zucker, J. Ramierz, M. V., Dawson, C. C., Sampson, N. S., Thomas, S. T., Jamshidi, N., Sisk, P., Caspi, R., Crick, D. C., McNeil, M. R., Pavelka, M. S., Niederweis, M., Siroy, A., Dona, V., McFadden, J., Boshoff, H., Lew, J.M. (2013) "Updating and curating metabolic pathway of TB," *Tuberculosis (Edinburgh)*, **93**, 47-59. 10.1016/j/tube.2012.11.001 PMC4121119

65. Thomas, S. T. and Sampson, N. S. (2013) "*Mycobacterium tuberculosis* utilizes a unique heterotetrameric structure for dehydrogenation of the cholesterol side chain," *Biochemistry* **52**, 2895-904. 10.1021/bi4002979 PMC3726044

66. Su, C.-Y., London, E., Sampson, N. S. (2013) "Mapping peptide thiol accessibility in membranes using a quaternary ammonium isotope-coded mass tag (ICMT)," *Bioconjugate Chem.* **24**, 1235-1247. 10.1021/bc400171j PMC3779509

67. Wipperman, M., Yang, M., Thomas, S. T. and Sampson, N. S. (2013) "Shrinking the FadE proteome of *Mycobacterium tuberculosis*: Insights into cholesterol metabolism through identification of an $\alpha_2\beta_2$ heterotetrameric acyl-CoA dehydrogenase family," *J. Bact.* **195**, 4331-4341. 10.1128/JB.00502-13 PMC3807453. See also Commentary 10.1128/JB.00867-13

68. Romulus, J., Tan, L., Weck, M., and Sampson, N. S. (2013) "Alternating ROMP copolymers containing charge-transfer units," *ACS Macro Letters*, **2** 749-752. 10.1021/mz4002673 PMC3804353.

69. Ueki, N. Lee, S. Sampson, N. S., and Hayman, M. J. (2013) "Selective cancer targeting with prodrugs activated by histone deacetylase and tumour-associated protease," *Nature Comm.*, **4**, 2735-2742. 10.1038/ncomms3735. Policy Exempt – Not resulting from NIH funding.

70. Evensen N.A., Li J., Yang J., Yu X., Sampson N.S., Zucker, S., Cao, J. (2013) "Development of a high-throughput screening invasion assay for anti-cancer drug discovery," PLoS One, 8(12): e82811. DOI: 10.1371/journal.pone.0082811 PMC3859626.

71. Wu, L., and Sampson, N. S. (2014) "Fucose, mannose and β-N-acetylglucosamine glycopolymers initiate the mouse sperm acrosome reaction through convergent signaling pathways," *ACS Chem. Biol.* **9**, 468–475. DOI: 10.1021/cb400550j PMC4049243.

72. Gao, J. and Sampson, N. S. (2014) "A GMC oxidoreductase homolog is required for acetylation of glycopeptidolipid in *Mycobacterium smegmatis*," *Biochemistry* **53**, 611-613. DOI: 10.1021/bi4015083 PMC3985799.

73. Yang, M., Guja, K. E., Thomas, S. T., Garcia-Diaz, M. And Sampson, N. S. (2014) "A distinct MaoC-like enoyl-CoA hydratase architecture mediates cholesterol catabolism in *Mycobacterium tuberculosis*," *ACS Chemical Biology,* **9**, 2632–2645. DOI: 10.1021/cb500232h PMC4245171.

74. Tan, L., Parker, K., and Sampson, N. S. (2014) "A Bicyclo[4.2.0]octene-derived monomer provides completely linear alternating copolymers via alternating ring-opening metathesis polymerization (AROMP)," *Macromolecules*, **47**, 6572–6579. DOI: 10.1021/ma5012309 PMC4196745

75. Schaefer, C., Lu, R., Nesbitt, N. M., Schiebel, J. Sampson, N. S., and Kisker, C. (2015) "FadA5 a thiolase from *Mycobacterium* tuberculosis – a unique steroid-binding pocket reveals the potential for drug development against tuberculosis," *Structure*, **23**, 21-33. DOI: 10.1016/j.str.2014.10.010 PMC 42863435.

76. Yang, M., Lu R., Guja, K. E., Garcia-Diaz, M. and Sampson, N. S. (2015), "Unraveling cholesterol catabolism in *Mycobacterium tuberculosis*: the ChsE4-ChsE5 $\alpha_2\beta_2$ acyl-CoA dehydrogenase initiates β-oxidation of 3-oxo-cholest-4-en-26-oyl CoA", *ACS Infectious Disease,* **1**, 110-125**.** DOI: 10.1021/id500033m PMC4489319.

77. Tan, L., Li, G., Parker, K., and Sampson, N. S. (2015) "Ru-catalyzed Isomerization Provides Access to

Nicole S. Sampson

Alternating Copolymers via Ring-Opening Metathesis Polymerization," *Macromolecules*, **48,** 4793-4800. DOI: 10.1021/acs.macromol.5b01058 PMC4520717.

78. Lee, S., Wang, W., Lee, Y., and Sampson, N. S. (2015) "Cyclic acetals as cleavable linkers for affinity capture," *Organic Biomolecular Chemistry*, **13**, 8445-8452**.** DOI: 10.1039/C5OB01056J PMC4523064.

79. Touchette, M. H., Bommineni, G. R., Delle Bovi, R.J., Gadbery, J., Nicora, C. D., Shukla, A. J., Kyle, J. E., Metz, T. O., Martin, D. W., Sampson, N. S., Miller, W. T., Tonge, P. J., and Seeliger, J. C. (2015) "Diacyltransferase activity and chain length specificity of *Mycobacterium tuberculosis* PapA5 in the synthesis of alkyl ß-diol lipids," *Biochemistry*, **54**, 5457–5468. DOI: 10.1021/acs.biochem.5b00455 PMC4609546

80. Lu, R, Schmitz, W., and Sampson, N. S. (2015) "α-Methyl Acyl CoA racemase provides *Mycobacterium tuberculosis* catabolic access to cholesterol esters," *Biochemistry,* **54**, 5669-5672**.** DOI: 10.1021/ acs.biochem.5b00911 PMC4600597

81. Ueki, N., Wang, W., Swenson, C., McNaughton, C., Sampson, N. S., and Hayman, M. J. (2016) "Synthesis and Preclinical Evaluation of a Highly Improved Anticancer Prodrug Activated by Histone Deacetylases and Cathepsin L," *Theranostics*, **6**, 808-816. DOI: 10.7150/thno.13826**.**

82. Rodolis, M., Huang, J., and Sampson, N. S. (2016) "Glycopolymer induction of mouse sperm acrosomal exocytosis shows highly cooperative self-antagonism," **474**, 435-440. DOI: 10.1016/j.bbrc.2016.05.003.

## Reviews – Peer Reviewed

1. Sampson, N. S. (2001) "Dissection of a Flavo-Enzyme Active Site:  the Reaction Catalyzed by Cholesterol Oxidase," *Antioxidants and Redox Signalling*, **3**, 839-846. – Invited Review

2. Sampson, N. S.; Vrielink, A. (2003) "Cholesterol Oxidases:  A Study of Nature's Approach to Protein Design," *Acc. Chem. Res.* **36**, 713-722. – Invited Review

3. Vrielink, A.; Sampson, N. S.; (2003) "Sub-Ångstrom Resolution Protein Structures:  Is Seeing Believing?," *Curr. Opin. Struct. Biol.* **13** 709-713. – Invited Review

4. Lee, Y.; Sampson, N. S.; (2006) "ROMPing the Cellular Landscape: Linear Scaffolds for Molecular Recognition," *Curr. Opin. Struct. Biol.* **16**, 544-550**.** – Invited Review

5. Kreit, J; Sampson, N. S. (2009) "Cholesterol oxidase:  Physiological functions," *FEBS*, **276,** 6844-6856. PMC2805774. – Invited Review.

6. Wipperman, M., Sampson, N. S., and Thomas, S. T. (2014) "Pathogen "roid rage": Cholesterol utilization by *Mycobacterium tuberculosis*," *CRC Critical Reviews in Biochemistry*, **49**, 269-293. invited review. DOI: 10.3109/10409238.2014.895700 PMC4255906.

7. Parker, K. A., Sampson, N. S. (2016) "From ROMP to AROMP: using substituted cyclobutenes to precisely control polymer structure," *Accounts of Chemical Research*, invited review. **49**, 408-417**.** DOI: 10.1021/acs.accounts.5b00490. PMC4794705.

## Book Chapters

1. Bartlett, P. A.; Sampson, N. S.; Reich, S. H.; Drewry, D. H.; Lamden, L. A., (1990) "The Interplay Between Enzyme Mechanism, Protein Structure, and the Design of Serine Protease Inhibitors," in Gregg, V. A. ed., The Use of X-ray Crystallography in the Design of Antiviral Agents, Associated Press, 247-259.

2. Elalami, A; Baessler, K.; Kong, F.; Sampson, N. S.; Kreit, J. (2008) "Subcellular forms of cholesterol oxidase from Rhodococcus sp. CIP 105 335:  induction, solubilization and characterization," in *Current Research Topics in Applied Microbiology and Microbial Biotechnology*, World Scientific Publishing. Editor: Antonio Mendez-Vilas. Pages 729-735. ISBN-13: 978-981-283-754-7

3. Sampson, N. S. and Kwak, S. (2008) " Catalysis at the membrane Interface:  Cholesterol oxidase as a case study", in *Proceedings of the 3rd International Beilstein Workshop on Experimental Standard Conditions of Enzyme Characterizations.* Beilstein, Germany.

## Essays, Commentaries, and Book Reviews

**Nicole S. Sampson**

1. Sampson, N. S., (1996) Review of "Understanding Enzymes", 4th Ed., by Trevor Palmer, *Quart. Rev. Biol.*, **71**, 116. – Book review

2. Sun, J. and Sampson, N. S., (1997) Review of "Short Protocols in Molecular Biology.  A Compendium of Methods from Current Protocols in Molecular Biology," 3rd ed., Ausubel, F. M.; Brent, R.; Kingston, R. E.; Moore, D. D.; Seidman, J. G. Smith, J. A.; Struhl, K., eds., *Quart. Rev. Biol.*, **72**, 71. – Book review

3. Chen, X. and Sampson, N.S., (1997) Review of "Contemporary Enzyme Kinetics and Mechanism," 2nd ed., Parich, D. L., eds., *Quart. Rev. Biol.*, **72**, 320. – Book review

4. Sampson, N. S. (2001) "The Emerging Global Paradigm for Scientific Research," in New Voices in Chemistry, *Chem. Eng. News*, 26 Mar 2001, 187. – Essay

5. Sampson, N.S.; Mrksich, M.; Bertozzi, C.R. (2001) "Surface Molecular Recognition," *Proc. Nat. Acad. Sci. U.S.A.* **98**, 12870-12871.  PMC60788 – Essay

6. Nesbitt, N. M.; Sampson, N.S. (2007) "Antifungal Tradecraft by Cholesterol Oxidase," Chem. Biol. 14, 238-241. – Preview

7. Charkoudian, L. K., Sampson, N. S., Kumar, K. and Kritzer, J. A. (2016) "Designing convergent chemistry curricula," *Nature Chemical Biology,* **12**, in press**.**

## Patents

1. Patent PCT/US2007/8,232,360 (Appl. No. 12/309,503) WO/2008/019217  "Stereoregular ROMP Polymers," filed 17 July 2007.  Inventors:  Nicole S. Sampson & Kathlyn A. Parker. Issued 31 July 2012.

2. Patent PCT/US2013/8,481,530 B2 (Appl. No. 60/868,219) "3β-Hydroxysteroid Dehydrogenase Inhibitors," filed 3 December 2007.  Inventor:  Nicole S. Sampson. Issued 9 July 2013.

3. Patent US8795647 B2 (Appl. No. US 13/059,707/WO/022284, "Alternating Ring-Opening Metathesis Polymerization," filed 20 August 2008.  Inventors:  Nicole S. Sampson, Kathlyn A. Parker & Airong Song. Issued 5 August 2014

4. Patent Application no 14/212,47 "Acid-Cleavable And Clickable Affinity Capture Probe," 14 March 2013. Inventors: Nicole S. Sampson & Siyeon Lee.

5. Patent Application no PCT/US2014/047674 (WO2015013317A1) 61/857,189; 61/858,811 "Alternating Ring-Opening Metathesis Polymerization," 22 July 2013; 26 July 2013. Inventors: Nicole S. Sampson, Li Tan.

6. Patent Application no. 62/136,436 "Alkene Isomerization as an Entry to Efficient Alternating Ring-Opening Metathesis Polymerization (i-AROMP)," 30 March 2015. Inventors: Nicole S. Sampson, Li Tan & Kathlyn A. Parker.

7. Provisional Patent Application "6-Azasteroids for TB treatment," filed April 29, 2016. Inventors: Nicole S. Sampson, Xinxin Yang, Tianao Yuan.

Nicole S. Sampson

## Invited Lectures at Institutions and Conferences

| | |
|---|---|
| *March 2017* | *American Chemical Society Meeting, Medicinal Chemistry Division, San Francisco, CA* |
| *8-23-16* | *American Chemical Society Meeting, Social Science of Diversity Equity Symposium, Philadelphia, PA* |
| *8-22-16* | *American Chemical Society Meeting, Polymer Science and Engineering Division, Philadelphia, PA* |
| 8-21-16 | American Chemical Society Meeting, Polymers Division, 2nd ACS National Meeting symposium on sequence-controlled polymers, Philadelphia, PA |
| 10-15-15 | Department of Chemistry, William Paterson University, Wayne, NJ |
| 9-4-15 | NYU Workshop, Center of Frontier Materials Discovery for Emerging Environmental Challenges |
| 6-18-15 | Polymers Gordon Research Conference |
| 6-14-15 | Canadian Society for Chemistry, 98th National Conference, Ottawa, Canada |
| 3-22-15 | Polymers Division, American Chemical Society Meeting, Denver, CO |
| 2-6-15 | Department of Chemistry, Bryn Mawr, PA |
| 10-16-14 | International Symposium of Chemistry and Life Sciences: ACS/CIBR, Jiangyin, PRC |
| 11-1-13 | Department of Chemistry, SUNY Binghamton, Binghamton, NY |
| 10-11-13 | Institute of Chemical Biology and Drug Discovery 7th Annual Symposium, Stony Brook, NY |
| 4-9-13 | "Chemical Biology and Infectious Disease" symposium, 245th American Chemical Society Meeting, New Orleans, LA |
| 3-11-13 | Department of Chemistry, SUNY Old Westbury, Westbury, NY |
| 2-1-12 | Division of Chemical Biology and Medicinal Chemistry, U of North Carolina, Chapel Hill, NC |
| 12-6-11 | Scripps Research Institute Florida, Jupiter, FL |
| 11-18-11 | Zing Enzymes, Coenzymes, and Metabolic Conference, Xcaret, Mexico |
| 6-13-11 | Bioorganic Gordon Conference, Andover, NH |
| 4-22-11 | Department of Chemistry, New York University, NY, NY |
| 2-7-11 | Department of Chemistry and Biochemistry, Georgia Tech, Atlanta, GA |
| 5-25-10 | American Society of Microbiologists National Meeting, San Diego, CA |
| 4-15-10 | Department of Chemistry, Ohio State University, Columbus, OH |
| 3-31-10 | Distinguished Women in Science Speaker, Indiana University, Bloomington, IN |
| 3-16-10 | Women in Science & Dept of Chemistry & Biochemistry, Georgia Tech, Atlanta, GA |
| 3-30-09 | Department of Chemistry, Boston University, Boston, MA |
| 3-22-09 | Garvan Medal Award Symposium for Kathlyn Parker, American Chemical Society, National Meeting, Salt Lake City, UT |
| 2-17-09 | Department of Medicinal Chemistry, University of Minnesota, Minneapolis, MN |
| 1-29-08 | Memorial Sloan-Kettering Cancer Center, NY, NY |
| 11-29-07 | Department of Biochemistry & Cell Biology, Stony Brook University, Stony Brook, NY |
| 9-25-07 | 3rd International Symposium on Experimental Standard Conditions of Enzyme Characterizations (ESCEC), Rudesheim, Germany |
| 8-31-07 | Tuberculosis Drug Development Gordon Conference, Oxford, UK |
| 6-08-07 | Bioorganic Chemistry Gordon Conference, Andover, NH |
| 5-22-07 | Novartis Institute of Tropical Disease, Singapore |
| 5-9-07 | Departments of Chemistry/Biochemistry, University of Western Australia, Perth, Australia |
| 12-8-06 | National Institute of Immunology, Delhi, India |
| 10-20-06 | Department of Chemistry, University of Toronto, Toronto, Ontario, Canada |
| 10-19-06 | Department of Chemistry, University of Toronto, Mississauga, Ontario, Canada |
| 7-16-06 | Enzymes, Coenzymes and Metabolic Pathways Gordon Conference, Bideford, ME |
| 5-29-06 | 89th Canadian Chemistry Conference (CIC), Halifax, Nova Scotia |
| 4-17-06 | Stony Brook University, Department of Microbiology and Molecular Genetics |
| 3-08-06 | Department of Chemistry, University of California, Davis, CA |
| 11-04-05 | Chemistry Research Day Colloquium, Stony Brook University, Stony Brook, NY |
| 9-30-05 | New Horizons in Organic Chemistry, Stony Brook, NY |
| 8-31-05 | Pfizer Award Symposium, ACS National Meeting, Washington, DC |
| 6-19-05 | American Peptide Society, San Diego, CA |
| 6-2-05 | Northwestern University, Department of Chemistry, Evanston, IL |

**Nicole S. Sampson**

| | |
|---|---|
| 4-15-05 | Virginia Tech, Department of Chemistry, Blacksburg, VA |
| 12-8-04 | Hofstra University, Department of Chemistry, Long Island, NY |
| 11-18-04 | Yale University, Department of Chemistry, New Haven, CT |
| 10-7-04 | Case Western Reserve, Department of Chemistry, Cleveland, OH |
| 10-6-04 | John Carroll University, Department of Chemistry, Cleveland, OH |
| 4-27-04 | Rensselaer Polytechnic Institute, Department of Chemistry, Troy, NY |
| 4-26-04 | Cornell University, Department of Chemistry and Chemical Biology, Ithaca, NY |
| 4-13-04 | Ohio State University, Biochemistry Program, Columbus, OH |
| 3-27-04 | Molecular Cell Biology of Lipid Domains, Keystone Meeting, Vancouver, BC |
| 12-12-03 | CUNY Brooklyn, Department of Chemistry, Brooklyn, NY |
| 11-05-03 | FMC Lectureship, Princeton University, Department of Chemistry, Princeton, NJ |
| 11-08-02 | Duke University, Department of Chemistry, Durham, NC |
| 11-06-02 | University of North Carolina, Department of Cell and Developmental Biology, Chapel Hill, NC |
| 11-01-02 | SUNY Geneseo, Department of Chemistry, Geneseo, NY |
| 10-25-02 | University of Michigan, Biophysics and Chemical Biology Program, Ann Arbor, MI |
| 7-01-02 | Colorado State University, Department of Chemistry, Fort Collins, CO |
| 5-01-02 | Johns Hopkins University, Department of Pharmacology & Molecular Sciences, Baltimore, MD |
| 4-30-02 | University of Maryland, Department of Chemistry and Biochemistry, Baltimore, MD |
| 3-26-02 | Lise Meitner Symposium, University of Lund, Lund, Sweden |
| 12-06-01 | Philadelphia Organic Chemists Club, University of Pennsylvania, Philadelphia, PA |
| 11-14-01 | Abbott Distinguished Scientist Speaker Forum, Abbott Laboratories, Chicago, IL |
| 8-26-01 | Arthur C. Cope Scholar Award Symposium, ACS National Meeting, Chicago, IL |
| 3-19-01 | Brandeis University, Department of Chemistry, Waltham, MA |
| 3-8-01 | University of Pittsburg, Department of Chemistry, Pittsburg, PA |
| 1-5-01 | 17th Enzyme Mechanisms Conference, Marco Island, FL |
| 12-1-00 | Wesleyan University, Department of Chemistry, Middletown, CT |
| 11-3-00 | Session Chair and Speaker, Frontiers In Science, National Academy of Sciences, Irvine, CA |
| 5-17-00 | Brookhaven National Laboratory, Department of Chemistry, Upton, NY |
| 4-14-00 | Temple University School of Medicine, Department of Biochemistry, Philadelphia, PA |
| 4-13-00 | Swarthmore College, Department of Chemistry, Philadelphia, PA |
| 2-21-00 | Mohammed V University, Department of Biochemistry, Rabat, Morocco |
| 11-24-99 | Haverford College, Department of Chemistry, Philadelphia, PA |
| 7-25-99 | Fertilization and Development Gordon Conference, Holderness, NH |
| 7-11-99 | Enzymes, Coenzymes and Metabolic Pathways Gordon Conference, Lebanon, NH |
| 4-16-99 | Amherst College, Department of Chemistry, Amherst, MA |
| 4-15-99 | New England Biolabs, Beverly, MA |
| 4-9-99 | Columbia University, Department of Biophysics, NY, NY |
| 3-25-99 | Biogen, Inc., Cambridge, MA |
| 3-15-99 | University of Wisconsin at Madison, Department of Biochemistry, Madison, WI |
| 3-12-99 | Indiana University, Department of Chemistry, Bloomington, IN |
| 2-27-99 | Juniata College, Department of Chemistry, Huntingdon, PA |
| 12-14-98 | American Society of Cell Biology Meeting, San Francisco, CA |
| 11-18-98 | Manhattan College, Department of Chemistry, New York, NY |
| 11-4-98 | City College, Department of Chemistry, New York, NY |
| 10-2-98 | Shippensburg College, Department of Chemistry, Shippensburg, PA |
| 7-5-98 | Natural Products Gordon Conference, Henniker, NH |
| 6-28-98 | 27th Reaction Mechanisms Conference at Asilomar, Carmel, CA |
| 6-16-98 | Bioorganic Gordon Conference, Proctor Academy, Andover, NH |
| 3-18-98 | University of California, Department of Pharmaceutical Chemistry, San  Francisco, CA |
| 3-17-98 | University of California, Department of Chemistry, Berkeley, CA |
| 2-17-98 | McGill University, Department of Biochemistry, Montreal, Quebec, Canada |
| 2-13-98 | Middlebury College, Department of Chemistry, Middlebury, VT |
| 12-8-97 | State University of New York at Stony Brook, Department of Chemistry, Stony Brook, NY |
| 12-1-97 | Southampton College, Department of Biochemistry, Southampton, NY |
| 11-21-97 | New York University, Department of Chemistry, New York, NY |

**Nicole S. Sampson**

| | |
|---|---|
| 10-20-97 | Brown University, Department of Chemistry, Providence, RI |
| 9-30-97 | University of Maryland, Department of Chemistry and Biochemistry, College Park, MD |
| 9-26-97 | University of Delaware, Department of Chemistry and Biochemistry, Newark, DE |
| 7-13-97 | NSF Workshop on Organic Synthesis and Natural Products Chemistry |
| 5-27-97 | State University of New York at Stony Brook, Department of Pharmacology, Stony Brook, NY |
| 3-11-97 | University of Utah, Department of Chemistry, Salt Lake City, UT |
| 11-11-96 | Gustavus Adolphus College, Department of Chemistry, St. Peter, MN |
| 11-8-96 | Carleton College, Department of Chemistry, Northfield, MN |
| 10-18-96 | Rutgers University, Camden, Department of Biochemistry, Camden, NJ |
| 9-26-96 | University of Massachusetts, Amherst, Department of Chemistry, Amherst, MA |
| 6-26-96 | Bioorganic Gordon Conference, Plymouth, NH |
| 4-26-96 | Brooklyn College, CUNY, Department of Chemistry, Brooklyn, NY |
| 3-23-96 | Queens College, CUNY, Department of Chemistry and Biochemistry, Flushing, NY |
| 9-23-94 | Indian Institute of Science, Department of Organic Chemistry, Bangalore, India |
| 12-15-93 | State University of New York at Stony Brook, Department of Physiology and Biophysics, Stony Brook, NY |
| 1-25-93 | University of California at San Diego, Department of Chemistry and Biochemistry, La Jolla, CA |
| 1-21-93 | University of California at Berkeley, Department of Chemistry, Berkeley, CA |
| 12-10-92 | Vanderbilt University, Department of Chemistry, Nashville, TN |
| 12-3-92 | Washington University, Department of Chemistry, St. Louis, MO |
| 12-1-92 | University of Chicago, Departments of Chemistry and Biochemistry, Chicago, IL |
| 11-16-92 | Michigan State University, Department of Chemistry, East Lansing, MI |
| 11-13-92 | Rice University, Department of Chemistry, Houston, TX |
| 11-9-92 | State University of New York at Buffalo, Department of Chemistry, Buffalo, NY |
| 11-3-92 | State University of New York at Stony Brook, Department of Chemistry, Stony Brook, NY |

# Exhibit B

# Organic Synthesis

## MICHAEL B. SMITH



**DIHYDROMEVINOLIN**

Chirons

Chiral Template

Chiron Approach

Synthon Approach



# ORGANIC SYNTHESIS

**Michael B. Smith**

University of Connecticut

**McGRAW-HILL, INC.**

New York  St. Louis  San Francisco  Auckland  Bogotá  Caracas
Lisbon  London  Madrid  Mexico City  Milan  Montreal  New Delhi
San Juan  Singapore  Sydney  Tokyo  Toronto

This book was set in Times Roman by Science Typographers, Inc.
The editors were Jennifer Speer and John M. Morriss;
the production supervisor was Kathryn Porzio.
The cover was designed by Joan Greenfield.
Project supervision was done by Science Typographers, Inc.
R. R. Donnelley & Sons Company was printer and binder.

*ABOUT THE COVER*

This cover illustrates the synthetic strategies presented in Chapter 10 and graphically represents the synthetic theme of this book. There are four synthetic targets which include cortisone, a target that stimulated research for many great synthetic chemists of the past; thienamycin, an important target of the phamaceutical industry; taxol, a current important target with anticancer activity; and calichemicin, an anticancer agent and a complex target that presents great synthetic challenges. Four basic strategies for synthesis from Chapter 10 are represented on the cover: the Synthon approach; the Chiron approach; the biomimetic approach; and a cartoon meant to illustrate the various computer methods for assisting synthesis. Chiron is a term used by Professor Stephen Hanessian (University of Montreal) for a chiral synthon. Professor Hanessian was also kind enough to suggest part of the design used in this cover, and I gratefully acknowledge his interest and his help. I also thank Joan Greenfield, who designed the final version of this cover.

**Organic Synthesis**

Copyright © 1994 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

This book is printed on acid-free paper.

4 5 6 7 8 9 0 DOC DOC 9 0 9 8

ISBN 0-07-048716-2

**Library of Congress Cataloging-in-Publication Data**

Smith, Michael, (date).
   Organic synthesis / Michael B. Smith.
      p.      cm.
   Includes bibliographical references and index.
   ISBN 0-07-048716-2
   1.  Organic compounds—Synthesis.    I. Title.
QD262.S65       1994
547'.2—dc20              93-39570

sis. It will be examined initially in Sec. 1.3.B, applied in many chapters, and emphasized throughout this text.

The few reactions shown in Table 1.1 and in Fig. 1.1 are only a handful of the many possible reactions that can be used for a synthesis. There are many more carbon-carbon bond forming reactions and functional group transformations. An examination of the original literature will provide a "library" of organic reactions that can be used. As this library of reactions continues to grow, many other synthetic possibilities will be apparent for a given problem. In addition to the original literature (which is the best source), the student may consult any undergraduate organic textbook, a graduate text such as March,[18] or a variety of other useful monographs such as the *Compendium of Organic Synthetic Methods*[19a] and *Reagents for Organic Synthesis*[19b] for specific reagents which will solve a particular problem.

The protocols described for synthesis with and without a designated starting material will allow one to get started in synthesis, even with a limited knowledge of reactions and of structural and electronic interactions. *This is merely a beginning*; the remainder of this book is designed to give one the tools (reactions) for doing synthesis, and Chap. 10 will describe methods that apply those tools to complex molecules.

## 1.3    STEREOCHEMISTRY

The concept of chirality and absolute configuration is introduced early in undergraduate organic courses. A brief review of elementary concepts will be discussed for simple problems and then applied to larger and more complex molecules in later chapters. This section is intended as a review, and it is assumed the reader has some familiarity with the concepts.

The type of compounds to be discussed in this section must be defined. In one comparison, chlorides **1.58** and **1.59** have the same empirical formula, but they are clearly different molecules. They are **isomers**, that is, *two or more molecules with the same empirical formula*. Likewise, cyclopentane and 1-pentene have the same empirical formula ($C_5H_{10}$) but are different molecules and different chemical types; they also are isomers. This definition does not adequately characterize the relation between **1.58** and **1.59**, however. These two molecules are clearly isomers ($C_4H_9Cl$), but they have a closer relationship than say 1-pentene and cyclopentane. The relationship between **1.59** and **1.58** is expressed by calling them **regioisomers**, that is, *two or more molecules with the same empirical formula but with a different attachment of the atoms* (different connectivity).

Another type of isomerism occurs when two molecules have the same empirical formula and also have the same connectivity of atoms but are different molecules. They differ only in the relative spatial positions of the atoms and are called **stereoisomers**. This section will discuss types of stereoisomers.

**1.58**                    **1.59**

### 1.3.A   Determination of Absolute Configuration in Chiral Nonracemic Molecules

When an atom is bound to four different atoms or groups in a tetrahedral arrangement, that atom is said to be **chiral** or **stereogenic**. The indicated carbon (C*) in 2-chlorobutane (**1.58**) is a stereogenic center. The C* in **1.59** is not chiral, since that carbon is attached to two identical atoms (H in this case). Why is identification of C* in **1.58** as a chiral center deemed important? The answer is apparent when the mirror image of **1.58** is drawn (**1.60**). When comparing mirror images **1.58** and **1.60**, it is discovered that they are not superimposable by any rotation of bonds or positioning of the molecules. They are clearly isomers, but what kind? They are not regioisomers, because the connectivity of atoms is the same in each molecule. These two molecules are **stereoisomers** (molecules which differ in their spatial arrangement of atoms but have the same points of attachment). These molecules (**1.58** and **1.60**) are further distinguished as a special type of stereoisomer called **enantiomers**, that is, *stereoisomers that are nonsuperimposable mirror images*. All molecules that contain stereogenic centers have enantiomers. If a structure and its mirror image are superimposable by rotation or any motion other than bond making and breaking, then they are identical (a single molecule and not enantiomers). Some molecules contain more than one stereogenic center and generate stereoisomers called diastereomers (see Sec. 1.3.B).



**1.60**        **1.58**          **S**                **R**

*Source: Reprinted with permission from Cahn, R. S. J. Chem. Ed., **1964** 41, 116. Copyright 1964 American Chemical Society.

Since **1.58** and **1.60** are different molecules, a nomenclature system is needed to distinguish them. The method used is the R/S system, which employs the priority rules developed by Cahn, Prelog, and Ingold.[20] In this system each atom attached to the stereogenic center is assigned a priority (a to d, where a is the highest priority atom and d is the lowest priority atom). Using the **"steering wheel" model** (*vide infra*)* the viewer positions the molecule to sight down the C*—Z$^d$ bond, as shown. An imaginary line a → b → c is drawn and inspected to see if it rotates around the "wheel" clockwise (right) or counterclockwise (left). If the a → b → c sequence is clockwise, the enantiomer is assigned the R

configuration. If it is counterclockwise, the enantiomer is assigned the S configuration. When applying this model, the molecule may be rotated into a different orientation prior to sighting down the $C^*$—$Z^d$ bond. Several different molecular representations are shown below, along with the correct orientation for determining the R/S configuration.

Determining the relative priority (a to d) is accomplished by a series of rules, the **Cahn-Prelog-Ingold selection rules:**[21]

**1. Atoms with a higher atomic number precede atoms of lower atomic number:**

$$O > N > C > H$$

**2. Isotopes with a higher mass number precede isotopes of lower mass number.**

This rule applies to isotopes such as tritium, deuterium, and protium ($^3H > {}^2H > {}^1H$).



**1.61**

These two rules are illustrated first by 1-bromo-1-chloroethane (**1.61**), where Br > Cl > Me > H and the a → b → c rotation is clockwise, giving an R configuration. Similarly, in 1-deuterioethanol (**1.62**) the priority is O > C > D > H and the a → b → c sequence is also clockwise for an R configuration.



**1.62**

A problem arises when two of the atoms attached to $C^*$ are the same. In 5-methyl-1,3-hexenediol (**1.63**), the priorities of the atoms attached to $C^*$ are O > C ≈ C > H. Rules 1 and 2 do not allow us to distinguish the two carbon atoms. A new rule is required to solve this problem.



**1.63**

**3. When the highest priority atoms are identical, compare the number of priority atoms at the first point of difference to distinguish them.**

Generic priorities by this rule are

$$C^{CCC} > C^{CCH} > C^{CHH} > C^{HHH}$$

and

$$C^{OOO} > C^{OOC} > C^{OCC} > C^{CCC}$$

Examination of **1.63** reveals that the two carbon atoms attached to C* are $C^{CHH}$ and $C^{CCH}$. The secondary carbon has a higher priority than the primary carbon. The absolute configuration of **1.63**, therefore, is S. Another example is the ketal, **1.64**. The priority analysis is

$$\left[C^* - O - C^{CHH} = b\right], \qquad \left[C^* - O - C^{CCH} = a\right]$$

and

$$\left[C^* - C^{CHH} - C^{HHH} = d\right], \qquad \left[C^* - C^{CHH} - C^{CHH} = c\right]$$

leading to the absolute configuration of **1.64** as R.



**1.64**

Another problem arises in **1.64**. As one proceeds down the carbon chain, the carbons (ethyl and butyl groups) attached directly to C* were identical (no point of difference), and the chain was followed until a point of difference was reached ($C^{HHH}$ vs. $C^{CHH}$). Similarly, the "oxygen chains" were identical at oxygen, and the point of difference was reached at the carbon attached to oxygen (O — $C^{CHH}$ vs. O — $C^{CCH}$). This is formalized into a general rule.

**4. When the first point of difference contains two or more identical atoms, proceed atom by atom down the highest priority chain to the next point of difference and apply rule (1), (2), or (3) to determine the priority.**



**1.65**

Another example is 3-hydroxy-1-aminohexane (**1.65**), which shows the following priority for atoms attached to C*: O(a) > C ≈ C > H(d). A compari-

Case 1:15-cv-00424-LPS    Document 92    Filed 06/24/16    Page 33 of 64 PageID #: 1720

son of the two carbon chains reveals

$$[C^* - C^{CHH} - C^{CHH} - C^{NHH} = b] \quad \text{and} \quad [C^* - C^{CHH} - CH^{CHH} - C^{HHH} = c]$$

It is necessary to go to the third carbon to distinguish these groups, and **1.65** is S. Similarly, 1-bromo-7-methyl-7-tetradecanol (**1.66**) first shows the hydroxyl O and the methyl group to be a and d, respectively. To determine b and c requires analysis to the sixth carbon in each chain to establish the S configuration:

$$O(a) > C \approx C \approx C$$

$$C^* - C^{HHH} = d$$

$$C^* - C^{CHH} - C^{CHH} - C^{CHH} - C^{CHH} - C^{CHH} - C^{BrHH} = a$$

$$C^* - C^{CHH} - C^{CHH} - C^{CHH} - C^{CHH} - C^{CHH} - C^{CHH} = b$$



In **1.67**, the methyl and hydrogen are assigned the priorities c and d. Determining the a and b priorities requires that attention be focused on the two "arms" that contain OCH. The highest priority chain is along the oxygen "chain" (C—O—C), but both groups are $O^C - C^{HHH}$. They are identical and do not establish the priority. In such a case, the lower priority chain must be used to determine the priority (in this case the isopropyl and ethyl groups rather than the methoxy groups). This leads to $C^* - C^{OCH} - C^{CCH}$ for a and $C^* - C^{OCH} - C^{CHH}$ for b, and the molecule has the S configuration.



A common misconception for rules 3 and 4 arises when rules 1 and 2 fail. In **1.68**, methyl and hydrogen are the c and d groups. An analysis by rule 3 predicts $C^{CCH} > C^{CHH}$. In the $C^{CHH}$ chain ($- CH_2CH_2CH_2OH$), however, there is an oxygen. The $CHMeCH_2CH_2CH_2CH_3$ ($C^{CCH}$) chain does not contain a heteroatom. The rules dictate determination of priority at the first point of difference, not the second. The presence of the oxygen is therefore irrelevant, and the $C^{CCH}$ chain will have priority over the $C^{CHH}$ chain. The absolute configuration of **1.68** is S.

**44**  ORGANIC SYNTHESIS: THEORY, REACTIONS, AND METHODS

Similar terminology is applied to formation of diastereomers. March[44] gave the example of maleic acid (**1.156**) and fumaric acid (**1.158**) and their reactions with bromine. On addition of bromine to **1.156** a racemic mixture of **1.157** was formed. Addition to **1.158** gave only meso **1.159**. In both cases the reaction was diastereospecific. If **1.156** gave predominantly **1.157** with only a trace of the diastereomer (**1.159**), the reaction would be diastereoselective rather than diastereospecific.

The definition of selectivity can be sharpened: if a substance "has no stereoisomers, it cannot be stereospecific but at most stereoselective."[45] Reduction of keto ester **1.160** with zinc borohydride ($Zn[BH_4]_2$; see Chap. 4, Secs. 4.5.B and 4.8.B) gave 98% reduction with a $> 99 : 1$ preference for **1.161** over **1.162**. The reaction is diastereoselective, since traces of **1.162** are produced.[45]



The final definition concerns formation of enantiomers, and the terms enantioselective and enantiospecific are used. If a reaction produces an unequal mixture of enantiomers, it is **enantioselective**. If it produces only one enantiomer of two possibilities, it is **enantiospecific**. The Baker's yeast reduction (see Chap. 4, Sec. 4.11.F) of **1.163** gave **1.164** with $> 99\%$ ee S. The term % ee means **% enantiomeric excess**.[46] A 0% ee means a $50 : 50$ mixture (racemic mixture), 50% ee means a $75 : 25$ mixture, and 90% ee means a $95 : 5$ mixture. The predominance of the S enantiomer makes this reaction highly enantioselective.



The selectivity terms introduced in this section will be used throughout the book for reactions which generate stereoisomers. In addition, % ee and % de (diastereomeric excess, defined in the same way as enantiomeric excess, but for diastereomers) will be used throughout.

## 1.4   CONFORMATIONS

All carbons of all molecules are three-dimensional with tetrahedral, trigonal or digonal (linear) geometry. All carbon-carbon single bonds undergo rotational vibrations when they absorb energy from the environment or from an artificial source. Generally, the more energy absorbed, the greater the extent of rotational motion. The three-dimensional nature of carbon compounds and the rotation around carbon-carbon bonds leads to different spatial orientations of

# Exhibit C

EIGHTH EDITION

# ORGANIC CHEMISTRY

## A SHORT COURSE

### HAROLD HART



# Organic Chemistry
## A Short Course

### EIGHTH EDITION

**Harold Hart**

*Michigan State University*

HOUGHTON MIFFLIN COMPANY     Boston

Dallas    Geneva, Illinois    Palo Alto    Princeton, New Jersey

**Cover**

"Midnight Variations," artist Kenneth Snelson's imagined atomic world. The image was created through use of a three-dimensional graphics computer.

**Interior design**

George McLean

**Credits**

Page 64, Wide World Photos; page 96, Union Carbide Agricultural Products, Inc.; page 101, Wide World Photos; 129, American Cancer Society; 149, Courtesy of the Polaroid Corporation; page 190, Courtesy of Alpha Therapeutic Corporation; page 192, Wide World Photos; page 229, Geisinger Medical Center, Joseph J. Mentrikoski and Raymond C. Carballada (photographers), Department of Medical Photography; page 232, U.S. Department of Agriculture; page 234, "Scotch" 5-minute Epoxy Adhesive by 3M; page 259, Corning Glass Works; page 296, Tennessee Valley Authority; page 345, Reprinted with permission from University Science Books; page 348, Kneeland/Phototake; page 398, Gary S. Weber/Photo Researchers, Inc.; page 458, Wide World Photos; page 476, Pfizer Inc.; page 484, Courtesy of Linus Pauling.

Copyright © 1991 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to College Permissions, Houghton Mifflin Company, One Beacon Street, Boston, MA 02108.

Printed in the U.S.A.

Library of Congress Catalog Number: 90-83279

ISBN: 0-395-43336-3

DEFGHIJ–AH–98765432

CHAPTER **5**

# Stereoisomerism

### 5.1
*Introduction*

**Stereoisomers** *have the same atom connectivities, or order of attachment of the atoms, but different arrangements of the atoms in space.* We have already seen that stereoisomers may be characterized according to the ease with which they can be interconverted. That is, they may be **conformational isomers,** which can be interconverted by rotation about a single bond, or they may be **configurational isomers,** which can be interconverted only by breaking and remaking covalent bonds.

Here we will consider other useful ways to categorize stereoisomers, ways that are particularly helpful in describing their properties.

### 5.2
*Chirality and Enantiomers*

Consider the difference between a pair of gloves and a pair of socks. A sock, like its partner, can be worn on either the left or the right foot. But a left-hand glove, unlike its partner, cannot be worn on the right hand. Like a pair of gloves, certain molecules possess this property of "handedness," which affects their chemical behavior. Let us examine the idea of molecular handedness.

A molecule (or object) is either **chiral** or **achiral.** The word *chiral,* pronounced "kai-ral" to rhyme with spiral, comes from the Greek χειρ (*cheir,* hand.) *A chiral molecule (or object) is one that exhibits the property of handedness.* An **achiral** molecule does not have this property.

What test can we apply to tell whether a molecule (or object) is chiral or achiral? We examine the molecule (or object) *and its mirror image.* **The mirror image of a chiral molecule is neither identical with nor superimposable on the molecule itself. The mirror image of an achiral molecule, however, is identical with or superimposable on the molecule itself.**

Let us apply this test to some specific examples. Figure 5.1 shows one of the more obvious examples. The mirror image of a left hand is not another left hand, but a right hand. A hand and its mirror image are not superimposable. A hand is chiral. But the mirror image of a ball (sphere) is also a ball (sphere). A ball (sphere) is achiral.

135

Case 1:15-cv-00424-LPS    Document 92    Filed 06/24/16    Page 40 of 64 PageID #: 1727

**FIGURE 5.1**

The mirror-image relationships of chiral and achiral objects.



The mirror image of a left hand is not a left hand, but a right hand.

CHIRAL OBJECT



The mirror image of a ball is identical with the object itself.

ACHIRAL OBJECT

---

**Problem 5.1**    Which of the following objects are chiral and which are achiral?

a. golf club        b. teacup        c. football        d. corkscrew
e. tennis racket    f. shoe          g. portrait       h. pencil

Now let us look at two molecules, 2-chloropropane and 2-chlorobutane, and their mirror images.

Figure 5.2 shows that 2-chloropropane is achiral. Its mirror image is superimposable on the molecule itself. Therefore 2-chloropropane has only one possible structure.

On the other hand, as Figure 5.3 shows, 2-chlorobutane has two possible structures, related to one another as nonsuperimposable mirror images. **We call a pair of molecules that are related as nonsuperimposable mirror images *enantiomers*.** Every molecule, of course, has a mirror image. Only those that are *nonsuperimposable* are called enantiomers.

**5.3**

*Chiral Centers; the Asymmetric Carbon Atom*

What is it about their structures that leads to chirality in 2-chlorobutane but not in 2-chloropropane? Notice that, in 2-chlorobutane, carbon atom 2, the one marked with an asterisk, has four different groups attached to it (Cl, H, $CH_3$ and $CH_3CH_2$). A carbon atom with four different groups attached to it is called an **asymmetric carbon atom.** This type of carbon is also called a **chiral center** because it gives rise to stereoisomers, that is, it is **stereogenic.**

FIGU
is su

CHIRAL
ECT

HIRAL
ECT



**FIGURE 5.2**    Model of 2-chloropropane and its mirror image. The mirror image is superimposable on the original molecule.

$$\begin{array}{c} \text{Cl} \\ | \\ \text{CH}_3 \overset{*}{-} \text{C} - \text{CH}_2\text{CH}_3 \\ | \\ \text{H} \end{array}$$

Let us examine the more general case of a carbon atom with any four different groups attached; let us call the groups A, B, D, and E. Figure 5.4 shows such a molecule and its mirror image. That the molecules on each side of the mirror in Figure 5.4 are nonsuperimposable mirror images (enantiomers) be-



CHIRAL
MOLECULE

mirror

rotate 180° about
the C—Cl bond to
superimpose central
carbon, H and Cl

The positions of the
methyl and ethyl groups
are *not* superimposed.

**FIGURE 5.3**   Model of 2-chlorobutane and *its* mirror image. The mirror image
is *not* superimposable on the original molecule. The two forms of 2-chlorobutane
are enantiomers.

comes clear by examining Figure 5.5. (We strongly urge you to use molecular
models when studying this chapter. It is sometimes difficult to visualize three-
dimensional structures when they are drawn on a two-dimensional surface [this
page or a blackboard], though with experience, your ability to do so will im-
prove.)

The handedness of these molecules is also illustrated in Figure 5.4, where
the clockwise or counterclockwise arrangement of the groups (we might call
them right- or left-handed arrangements) is apparent.

Case 1:15-cv-00424-LPS   Document 92   Filed 06/24/16   Page 43 of 64 PageID #: 1730



**FIGURE 5.4**   The chirality of enantiomers. Looking down the C—A bond, we have to read clockwise to spell BED for the model on the left, but we must read counterclockwise for its mirror image.

**FIGURE 5.5**
When the four different groups attached to an asymmetric carbon atom are arranged to form mirror images, the molecules are not superimposable. The models may be twisted or turned in any direction, but as long as no bonds are broken, only two of the four attached groups can be made to coincide.



molecule to right of mirror in Figure 5.4.

molecule to left of mirror in Figure 5.4.



mirror

**FIGURE 5.6**   The tetrahedral model at the left has two corners occupied by identical groups (A). It has a plane of symmetry that passes through atoms B, C, and D and bisects angle ACA. Its mirror image is identical to itself, seen by a 180° rotation of the mirror image about the C—B bond. Hence the model is achiral.

What happens when all four of the groups attached to the central carbon atom are *not* different from one another? Suppose two of the groups are identical—say, A, A, B, and D. Figure 5.6 describes this situation. The molecule and its mirror image are now *identical,* and the molecule is achiral. This is exactly the situation with 2-chloropropane, where two of the four groups attached to carbon 2 are identical ($CH_3$, $CH_3$, H, and Cl).

Notice that the molecule in Figure 5.6 has a plane of symmetry. This plane passes through atoms B, C, and D and bisects the ACA angle. On the other hand, the molecule in Figure 5.4 does *not* have a symmetry plane.

A **plane of symmetry** (sometimes called a mirror plane) is a plane that passes through a molecule (or object) in such a way that what is on one side of



plane of
symmetry
(achiral)
[molecule C(A₂BD)
from Fig. 5.6]

*not* a plane
of symmetry
(chiral)
[molecule C(ABDE)
from Fig. 5.4]

the plane is the exact reflection of what is on the other side. *Any molecule with a plane of symmetry is achiral. Chiral molecules do not have a plane of symmetry*. Seeking a plane of symmetry is usually one quick way to tell whether a molecule is chiral or achiral.

To summarize, a molecule with a chiral center (in our examples, the chiral center is a carbon atom with four different groups attached to it) can exist in two stereoisomeric forms, that is, as a pair of enantiomers. Compounds with a symmetry plane are achiral.

**EXAMPLE 5.1**    Locate the chiral center in 3-methylhexane.

**Solution**    Draw the structure, and look for a carbon atom with four different groups attached.

$$\overset{1}{CH_3}\overset{2}{CH_2}\overset{3}{CH}\overset{4}{CH_2}\overset{5}{CH_2}\overset{6}{CH_3}$$
$$\underset{CH_3}{|}$$

All of the carbons except carbon 3 have at least two hydrogens (two identical groups) and therefore cannot be chiral centers. But carbon 3 has four different groups attached (H, $CH_3$—, $CH_3CH_2$— and $CH_3CH_2CH_2$—) and is therefore a chiral center. By convention, we sometimes mark such centers with an asterisk.

$$CH_3CH_2\overset{*}{C}HCH_2CH_2CH_3$$
$$\underset{CH_3}{|}$$

**EXAMPLE 5.2**    Draw the two enantiomers of 3-methylhexane.

**Solution**    There are many ways to do this. Here are two of them. First draw carbon 3 with four tetrahedral bonds.



Then attach the four different groups, in any order.



Now draw the mirror image, or interchange the positions of any two groups.

H····C(CH₃)CH₂CH₂CH₃ CH₂CH₃   or   CH₃—C(H)—CH₂CH₃ CH₂CH₂CH₃

To convince yourself that the *interchange of any two groups at a chiral center produces the enantiomer,* work with molecular models.

**Problem 5.2**   Find the chiral centers in

a. 3-chlorohexane.   b. 2,3-dichlorobutane.
c. 3-methylcyclohexene.   d. 1-bromo-1-chloroethane.

**Problem 5.3**   Which of the following compounds is chiral?

a. 1-bromo-1-phenylethane   b. 1-bromo-2-phenylethane

**Problem 5.4**   Draw three-dimensional structures for the two enantiomers of the chiral compound in Problem 5.3.

**Problem 5.5**   Locate the planes of symmetry in the eclipsed conformation of ethane. In this conformation, is ethane chiral or achiral?

**Problem 5.6**   Does the staggered conformation of ethane have planes of symmetry? In this conformation, is ethane chiral or achiral? *(Careful!)*

**Problem 5.7**   Locate the planes of symmetry in *cis-* and *trans-1,2*-dichloroethene. Are these molecules chiral or achiral? *(Careful!)*

**5.4**
***Configuration and the R-S Convention***

Enantiomers differ in the arrangement of the groups attached to the chiral center. This arrangement of groups is called the **configuration** of the chiral center. *Enantiomers are configurational isomers; they are said to have opposite configurations.*

When referring to a particular enantiomer, we would like to be able to specify which configuration we mean without having to draw the structure. A convention for doing this is known as the *R-S* or Cahn-Ingold-Prelog (CIP)* system. Here is how it works.



a ⟶ b ⟶ c clockwise    a ⟶ b ⟶ c clockwise
*R*    *R*

*After R. S. Cahn and C. K. Ingold, both British organic chemists, and V. Prelog, a Swiss Nobel Prize winner.

Case 1:15-cv-00424-LPS    Document 92    Filed 06/24/16    Page 17 of 64 PageID #: 1734



a ⟶ b ⟶ c counterclockwise
*S*

a ⟶ b ⟶ c counterclockwise
*S*

The four groups attached to the chiral center are placed in a priority order (by a system we will describe next), $a \rightarrow b \rightarrow c \rightarrow d$. The chiral center is then observed *from the side opposite the lowest-priority group, d*. If the remaining three groups ($a \rightarrow b \rightarrow c$) form a clockwise array, the configuration is designated *R* (from the Latin *rectus*, right).* If they form a *counterclockwise* array, the configuration is designated as *S* (from the Latin *sinister*, left).

The priority order of the four groups is set in the following way:

**Rule 1.**  The atoms directly attached to the chiral center are ranked according to *atomic number:* the higher the atomic number, the higher the priority.

For example:

$$Cl > O > C > H$$

high
priority  ⟶  low
priority

**Rule 2.**  If a decision cannot be reached with rule 1 (that is, if two or more of the directly attached atoms are the same), work outward from the chiral center until a decision is reached. For example, the ethyl group has a higher priority than the methyl group, because at the first point of difference, working outward from the chiral center, we come to a *carbon* (higher priority) in the ethyl group and a *hydrogen* (lower priority) in the methyl group.

ethyl    >    methyl

---

* More precisely, *rectus* means "right" in the sense of "correct, or proper," and not in the sense of direction (which is *dexter* = right, opposite to left). It may not be entirely coincidental that the initials of one of the inventors of this system are R. S.

*EXAMPLE 5.3*    Assign a priority order to the following groups: H, Br, $-CH_2CH_3$, and $-CH_2OCH_3$.

**Solution**    $Br > -CH_2OCH_3 > -CH_2CH_3 > H$

The atomic numbers of the directly attached atoms are ordered Br > C > H. To prioritize the two carbon groups, we must go out until a point of difference is reached.

$$-CH_2OCH_3 > -CH_2CH_3 \qquad (O > C)$$

**Problem 5.8**    Assign a priority order to each of the following sets of groups:

a. $-CH_3$, $-C(CH_3)_3$, $-H$, $-OH$
b. $-OH$, $-OCH_3$, $-CH_3$, $-CH_2OH$
c. $-CN$, $-NHCH_3$, $-CH_2NH_2$, $-OH$
d. $-CH_3$, $-CH_2CH_3$, $-CH_2CH_2CH_3$, $-CH(CH_3)_2$

A third, somewhat more complicated, rule is required to handle double or triple bonds and aromatic rings (which are written in the Kekulé fashion).

**Rule 3.**    Multiple bonds are treated as if they were an equal number of single bonds. For example, the vinyl group $-CH=CH_2$ is counted as



Similarly,

$$-C\equiv CH \qquad \text{is treated as} \qquad$$

and

$$-CH=O \qquad \text{is treated as} \qquad$$

*EXAMPLE 5.4*    Which group has the higher priority, isopropyl or vinyl?

**Solution**    The vinyl group has the higher priority. We go out until we reach a difference, shown in color.

$$-CH=CH_2 \equiv -CH-CH_2$$
vinyl

$$—CH(CH_3)_2 \equiv —CH—CH_2$$
$$\text{isopropyl} \qquad | \qquad |$$
$$CH_3 \quad H$$

**Problem 5.9**   Assign a priority order to

$$—C\equiv CH \quad \text{and} \quad —CH\!=\!CH_2; \quad —CH\!=\!CH_2 \quad \text{and} \quad \text{(benzene ring)}$$

$$—CH\!=\!O, \quad —CH\!=\!CH_2, \quad —CH_2CH_3, \quad \text{and} \quad —OH$$

Now let us see how these rules are applied.

**EXAMPLE 5.5**   Assign the configuration (*R* or *S*) to the following enantiomer of 3-methylhexane (see Example 5.2).



**Solution**   First assign the priority order to the four different groups attached to the chiral center.

$$—CH_2CH_2CH_3 > —CH_2CH_3 > —CH_3 > —H$$

Now view the molecule *from the side opposite the lowest-priority group* (−H) and determine whether the remaining three groups, from high to low priority, form a clockwise (*R*) or counterclockwise (*S*) array.



We write the name (*R*)-3-methylhexane.
If we view the other representation of this molecule shown in Example 5.2, we come to the same conclusion.



**Problem 5.10**    Determine the configuration (R or S) at the chiral center in

a.   b. 

---

**EXAMPLE 5.6**    Draw the structure of (R)-2-bromobutane.

**Solution**    First, write out the structure and prioritize the groups attached to the chiral center.

$$CH_3\overset{*}{C}HCH_2CH_3$$
$$|$$
$$Br$$

$$Br > CH_3CH_2— > CH_3— > H$$

Now make the drawing with the H (lowest-priority group) "away" from you, and place the three remaining groups (Br → CH₃CH₂ → CH₃) in a clockwise (R) array.



Of course, we could have started with the top-priority group at either of the other two bonds to give the following structures, which are equivalent to those above:



---

**Problem 5.11**    Draw the structure of

a. (R)-2-phenylbutane.
b. (S)-3-methyl-1-pentene.
c. (R)-3-methylcyclopentene.

---

**5.5**

*The E-Z*
*Convention for*
*Cis–Trans Isomers*

Before we continue with other aspects of chirality, let us digress briefly to describe a useful extension of the Cahn-Ingold-Prelog system of nomenclature to *cis–trans* isomers. Sometimes *cis–trans* nomenclature is ambiguous, as in the following examples:

They made the bold hypothesis that the four va-lences of carbon were directed toward the corners of a tetrahedron, and that optically active molecules would contain at least one carbon atom with four different groups attached to it. This idea would explain why Pasteur's (+) and (−)-tartaric acids rotated plane-polarized light to equal extents but in opposite (right- and left-handed) directions. Optically inactive organic substances would either contain no asymmetric carbon atom or be a 50:50 mixture of enantiomers.

This, then, is how the tetrahedral geometry of car-bon was first recognized.* The logic that led to the proposal is admirable, especially when one realizes that neither the electron nor the nucleus of an atom had yet been discovered and that almost nothing was then known about the physical nature of chemical bonds. At the time they made their proposal, van't Hoff and LeBel were relatively unknown chemists. Their hypothesis was ridiculed by at least one estab-lishment chemist at the time, but it was soon generally accepted, has survived many tests, and can now be re-garded as fact.

### 5.7
### Properties of Enantiomers

In what properties do enantiomers differ from one another? Enantiomers differ only with respect to chirality. In all other respects they are identical. For this reason, they differ from one another *only in properties that are also chiral.* Let us illustrate this idea first with familiar objects.

A left-handed baseball player (chiral) can use the same ball (achiral) as can a right-handed player. But of course a left-handed player (chiral) can use only a left-handed baseball glove (chiral). A bolt with a right-handed thread (chiral) can use the same washer (achiral) as a bolt with a left-handed thread, but it can only fit into a nut (chiral) with a right-handed thread. To generalize, *the chiral-ity of an object is most significant when the object interacts with another chiral object.*

*Enantiomers have identical achiral properties,* such as melting point, boiling point, density, and various types of spectra. Their solubilities in an ordinary, achiral solvent are also identical. However, *enantiomers have different chiral properties,* one of which is the *direction* in which they rotate plane-polarized light (clockwise or counterclockwise). Although enantiomers rotate plane-polarized light in opposite directions, they have specific rotations of the same magnitude (but with opposite signs), because the *number of degrees* is not a chiral property. Only the *direction* of rotation is a chiral property. Here is a specific example.

Lactic acid is an optically active hydroxyacid that is important in several bi-ological processes. It has one chiral center. Its structure and some of its prop-erties are shown in Figure 5.10. Note that both enantiomers have identical melting points and, *except for sign,* identical specific rotations.

A 50:50 mixture of enantiomers, called a **racemic mixture,** is optically in-active because the rotations of the two enantiomers cancel out.

---

*Actually, LeBel developed his ideas based on symmetry considerations, whereas van't Hoff based his (at least at first) on the idea of an asymmetric carbon atom. For a stimulating article on these differences, see R. B. Grossman, *J. Chem. Educ.* **1988,** *66,* 30–33.

Case 1:15-cv-00424-LPS     Document 92     Filed 06/24/16     Page 52 of 64 PageID #: 1739

**FIGURE 5.10**     The structures and properties of the lactic acid enantiomers.

*There is no obvious relationship between configuration (R or S) and sign of rotation (+ or −). For example, (R)-lactic acid is levorotatory.* When (R)-lactic acid is converted to its methyl ester (eq. 5.1), the configuration is unchanged because none of the bonds to the chiral carbon is involved in the reaction. Yet the sign of rotation of the product, a physical property, changes from − to +.



$$(5.1)$$

Enantiomers often have different biological properties because the biological property usually involves a reaction with another chiral molecule. For example, the enzyme *lactic acid dehydrogenase* will oxidize (+)-lactic acid to pyruvic acid, but it will *not* oxidize (−)-lactic acid.



$$(5.2)$$

**Why?** The enzyme itself is chiral and can distinguish between right- and left-handed lactic acid molecules.

Enantiomers differ in many types of biological activity. One enantiomer may be a drug, whereas the other enantiomer may be ineffective. For example, only (−)-adrenalin is a cardiac stimulant; (+)-adrenalin is ineffective. One enantiomer may be toxic, another harmless. One may be an antibiotic, the other useless. One may be an insect sex attractant, the other without effect or actually a repellant. Chirality is of paramount importance in the biological world.

# Exhibit D

*Perspectives on*

# STRUCTURE

### AND

# MECHANISM

*in Organic Chemistry*



# Felix A. Carroll

# Perspectives on
# STRUCTURE AND MECHANISM
# in Organic Chemistry

*Felix A. Carroll*
*Davidson College*




Brooks/Cole Publishing Company

An International Thomson Publishing Company

Pacific Grove • Albany • Belmont • Bonn • Boston • Cincinnati • Detroit • Johannesburg • London
Madrid • Melbourne • Mexico City • New York • Paris • Singapore • Tokyo • Toronto • Washington

Sponsoring Editor: *Harvey C. Pantzis*
Marketing Team: *Kathleen Sharp, Margaret Parks*
Editorial Associate: *Beth Wilbur*
Editorial Assistant: *Leigh Hamilton*
Production Coordinator: *John A. Servideo*
Production Editor: *Jamie Sue Brooks*
Permissions Editor: *Lillian Campobasso*

Cover Design: *Roy R. Neuhaus*
Cover Illustration: *Kenneth Eward, BioGrafx*
Typesetting: *Monotype Composition Company, Inc.*
Cover Printing: *Phoenix Color Corp.*
Printing and Binding: *Quebecor/Fairfield*
Illustrations: *Monotype Composition Company, Inc. and Precision Graphics*

COPYRIGHT © 1998 by Brooks/Cole Publishing Company
A division of International Thomson Publishing Inc.

I(T)P    The ITP logo is a registered trademark under license.

*For more information, contact:*

BROOKS/COLE PUBLISHING COMPANY
511 Forest Lodge Road
Pacific Grove, CA 93950
USA

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London WC1V 7AA
England

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Editores
Seneca 3
Col. Polanco
11560 México, D. F., México

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn
Germany

International Thomson Publishing Asia
221 Henderson Road
#05-10 Henderson Building
Singapore 0315

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, Tokyo 102
Japan

All rights reserved. No part of this work may be reproduced, stored in a retrieval system, or transcribed, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the prior written permission of the publisher, Brooks/Cole Publishing Company, Pacific Grove, California 93950.

Printed in the United States of America

10 9 8 7 6 5 4 3 2

**Library of Congress Cataloging-in-Publication Data**

Carroll, Felix A.
    Perspectives on structure and mechanism in organic chemistry /
Felix A. Carroll.
        p.   cm.
    Includes bibliographical references and index.
    ISBN 0-534-24948-5
1. Chemistry, Physical organic.   I. Title.
QD476.C375   1998
547—dc20                                    95-37049

THIS BOOK IS PRINTED ON ACID-FREE RECYCLED PAPER

atoms are tetrahedral in order to visualize the spatial relationships among the substituents (**3e**).

An important part of stereochemical drawings is the clear representation of **conformations**, which are different spatial relationships that are interconvertible by rotation about single bonds at ambient temperature.[5] In a Newman projection we visualize the view from sighting down a particular bond in such a way that one atom totally eclipses another one. As illustrated in Figure 2.1 for one conformation of 2-chlorobutane (**3f**), we see three substituents on the carbon atom nearer our eyes, and we stylistically show their bonds meeting at the center of a circle. The fourth substituent to the front carbon atom is the other carbon atom. We can see three substituents attached to the second carbon atom, but the lines representing bonds to these substituents are visible only to the edge of the circle representing the front carbon atom. It must be emphasized that a circle and lines are also used in representation **3c**, but the two figures are meant to convey very different kinds of information.

Bold and hashed wedges are commonly used in complex molecules, but an additional convention is required. For example, in the representation of taxol[6] (**4**), it cannot be true that all the bold wedges project toward the viewer to the same plane in space, nor can it be true that all the dashed wedges project to the same plane behind the page. Rather, each wedge is a local descriptor only, and the sense of depth of the viewer is understood to be reset at the origin of each wedge.



taxol
**4**

## 2.2 Stereoisomerism

### *Isomerism*

**Isomers** are different chemical compounds that have the same molecular formula. Whether two compounds are different is not as simple a question

---

[5]The origin of the term *conformation* is ascribed to Haworth, W. N. *The Constitution of Sugars*; E. Arnold and Co.: London, 1929; p. 90 *ff*. See also Barton, D. H. R.; Cookson, R. C. *Quart. Rev. Chem. Soc.* **1956**, *10*, 44.

[6]Guénard, D.; Guéritte-Voegelein, F.; Potier, P. *Acc. Chem. Res.* **1993**, *26*, 160.

as it might seem. In the first place, we are inherently biased toward human standards of temperature (and pressure), which means that the $\Delta G^{\ddagger}$ for an isomerization reaction must be order greater than about 23 kcal/mol in order for us to be able to isolate two species in equilibrium.[7] Thus we do not consider the axial and equatorial[8] conformations of methylcyclohexane to be isomers, since they rapidly interconvert at room temperature.[9,10]

If two molecules are determined to be isomers, we may further describe them as being either (i) **constitutional isomers**,[11] which are pairs of compounds that have the same components connected in different ways or (ii) as **stereoisomers**, which are molecules with the same order of bonding but with different spatial relationships among the atoms (Figure 2.2).[12,13] We

**Figure 2.2**   Relationships among isomers.



[7]Kalinowski, H.-O.; Kessler, H. *Top. Stereochem.* **1973**, *7*, 295.

[8]Conformational terms (such as *axial* and *equatorial*) are discussed in Chapter 3.

[9]At much lower temperatures, however, the conformational change is slowed. For example, it was reported that pure equatorial chlorocyclohexane can be formed in solution and studied by NMR at −151°. Jensen, F. R.; Bushweller, C. H. *J. Am. Chem. Soc.* **1966**, *88*, 4279.

[10]For a discussion of the concept of isomerism, see Eliel, E. L. *Isr. J. Chem.* **1976/77**, *15*, 7.

[11]Constitutional isomers are sometimes called *structural isomers*, but that term has been criticized because stereoisomerism may be considered to be a component of the structure of a molecule. In the 1974 IUPAC nomenclature rules (reference 75), the term *structural* is "abandoned as insufficiently specific."

[12]For a discussion of stereochemical nomenclature, see Eliel, E. L. *J. Chem. Educ.* **1971**, *48*, 163.

[13]A more detailed flow chart of isomeric relationships was given by Black, K. A. *J. Chem. Educ.* **1990**, *67*, 141.

may further divide constitutional isomers into (a) **functional group isomers**, in which the same atoms are used to form different functional groups, and (b) **positional isomers**, in which the same functional groups are present but are located in different positions in the two structures. Thus ethanol and dimethyl ether are functional group isomers, while 1-chloropropane and 2-chloropropane are positional isomers.

**Enantiomers** are stereoisomers that are nonsuperimposable mirror images. Such structures are said to be **chiral**, that is "handed," and to possess the property of **chirality**.[14,15] **Diastereomers** are stereoisomers that are not mirror images. These terms are illustrated in Figure 2.3 for a 2,3-disubstituted butane. Structures **5** and **6** are enantiomers, and structures **7** and **8** are enantiomers. Structures **5** and **7** are diastereomers, as are structures **5** and **8**, structures **6** and **7**, and structures **6** and **8**. Note that any one structure can have only one enantiomer, but it may have more than one diastereomer. The term *diastereomers* also includes stereoisomers that are called cis,trans isomers (formerly **geometric isomers**) such as *cis-* and *trans-2*-butene (**9, 10**) and *cis-* and *trans-1,2*-dimethylcyclopropane (**11, 12**). In each case there is no interconversion of the two isomers at room temperature because the C—C double bond or the ring structure prevents rotation about a C—C bond.

**Figure 2.3**   Stereoisomeric relationships among 2,3-disubstituted butanes.



[14]The word *chirality* is attributed to Lord Kelvin (reference 35).

[15]Mezey, P. G., ed. *New Developments in Molecular Chirality*; Kluwer Academic Publishers: Dordrecht, Netherlands, 1991.



     The cis and trans isomers of decalin (decahydronaphthalene) could be
represented by the line drawings on the left (**13a** and **14a**, respectively) in
Figure 2.4 and Figure 2.5. However, we could also show them as **13b** and
**14b**, which convey the same information about the ring fusion but do not ex-
plicitly show the conformations of each six-membered ring. We could use
even simpler representations of the same molecules by adopting the con-
vention that a **solid dot** represents a hydrogen atom coming out of the
plane of the molecule toward the viewer, as shown by **13c** and **14c**. The price
of simplicity is a greater necessity to understand the implicit meaning of
such drawings, or important stereochemical features may be unrecognized.

## Symmetric, Asymmetric, Dissymmetric, and Nondissymmetric Molecules

Before continuing our discussion of molecular structures that exhibit enan-
tiomerism, it will be useful to review briefly some designations of molecular

**Figure 2.4**
Representations of
*cis*-decalin.

**Figure 2.5**
Representations of
*trans*-decalin.

equimolar mixture of the two enantiomers of 2,3-dibromobutane is a stereo-specific reaction. Note that a reaction that gives only one of a pair of enan-tiomers is not necessarily stereospecific. Yeast-mediated reduction of 3-chloropropiophenone gives (1*S*)-3-chloro-1-phenylpropan-1-ol, with no evi-dence for formation of the (1*R*) enantiomer.[115] However, because the reac-tant cannot exist as stereoisomers, it is not possible for stereoisomerically different reactants to give stereoisomerically different products, and the re-action can only be considered stereoselective, not stereospecific.

Part of the confusion about the terms *stereoselective* and *stereospecific* comes from the use of other terms that sound similar but in which the suf-fixes *-selective* and *-specific* do not mean the same relationship as they do in stereospecific and stereoselective. The term **regioselective** refers to reac-tions that lead to the formation of one positional isomer in greater yield than another isomer.[116] An example would be the formation of more 2-alkene than the isomeric 1-alkene in the E2 reaction of an alkyl halide. However, the term *regiospecific* means "completely regioselective," so its meaning is not parallel with *stereospecific*. Because of this difficulty, Adams recommended that the term *regiospecific* not be used.[114]

## 2.3  Manifestations of Stereoisomerism

### *Optical Activity*

#### Rotation of Plane-Polarized Light

The physical phenomenon that first led to the study of enantiomers is opti-cal activity—the rotation of plane polarized light. We indicate the experi-mental results by saying that the rotation is clockwise (also denoted as (+), *d*, or *dextrorotatory*) or counterclockwise (also indicated as (−), *l*, or *levoro-tatory*). Because of the similarity of *d* and *l* with D and L, which have en-tirely different meanings, the use of (+) and (−) to indicate the direction of rotation of the plane of polarization is now favored.[75]

It must be emphasized that chirality is a *molecular designation*, but op-tical activity is a *macroscopic phenomenon*. It is possible for a carbon atom to have four different substituents and yet a sample of the substance *not* ap-pear to rotate the plane of polarized light. This can happen most easily if the four substituents are so similar that rotation of light is too small to be observed. For example, optical activity could not be detected in butylethyl-hexylpropylmethane (5-ethyl-5-propylundecane, **81**).[117] However, substitu-

[115]Fronza, G.; Fuganti, C.; Grasselli, P.; Mele, A. *J. Org. Chem.* **1991**, *56*, 6019.

[116]Reference 92 (b), p. 146.

[117]Wynberg, H.; Hekkert, G. L.; Houbiers, J. P. M.; Bosch, H. W. *J. Am. Chem. Soc.* **1965**, *87*, 2635. (Precursors to **81** were chiral structures with significant optical activity, so failure to ob-serve optical activity with **81** was not due to racemization or low optical purity.) See also Wyn-berg, H.; Hulshof, L. A. *Tetrahedron* **1974**, *30*, 1775.

tion of a deuterium for a hydrogen at a chiral center can produce measur-
able optical activity, as shown by **82**.[118,119]



$$n\text{-}C_2H_5 \rightarrow \begin{array}{c} n\text{-}C_3H_7 \\ \big| \\ n\text{-}C_6H_{13} \end{array} n\text{-}C_4H_9 \qquad\qquad H \rightarrow \begin{array}{c} CH_2OH \\ \big| \\ C_6H_5 \end{array} D$$

**81**                    **82**

Optical activity is reported as **specific rotation**, [α]. Because one
needs a longer path length to measure optical rotation precisely than typi-
cally is needed for UV-vis spectroscopy, the standard cell length is 1 decime-
ter (dm), which is 10 cm. In many cases the molecular weight of the sample
to be tested is unknown, so the concentration is reported as g/mL (i.e., the
density for a pure liquid or the concentration for a solution), as opposed to
moles/liter. It is also possible to define a molecular rotation (Φ) when molec-
ular weight is known, however, as shown in equation 2.1.

$$[\Phi] = 0.01 \times [\alpha] \times (\text{molecular weight}) \tag{2.1}$$

Calculating molecular rotation makes it easier to determine the effect of the
same chromophore in different molecules.[120] For solutions it is necessary to
specify the solvent, since solvent-solute interactions can affect not only the
magnitude of optical activity, but perhaps the direction of the rotation as
well.[121] It is also important to specify both the temperature at which the
measurement is made and the wavelength of light that is used. The temper-
ature is usually room temperature, expressed as °C. The sodium emission D
line at 589 nm is a bright, sharp spectral line that can easily be produced,
and it is often used for polarimetry measurements. Thus an experimental
measurement at 25° in which a pure sample with density 0.8 g/mL gave a
rotation of the sodium D line of +36° in a 10 cm cell would give a specific ro-
tation of 45° mL g$^{-1}$ dm$^{-1}$.[122] Specific rotations are usually reported in an
abbreviated format. For example, the specific rotation of cholesterol is given
as $[\alpha]_D^{20}$ −31.5° (c = 2 in ether); $[\alpha]_D^{20}$ −39.5° (c = 2 in chloroform).[123] Note
that in this format, the concentration of a solution is usually taken to mean
grams per 100 mL.[124]

---

[118]The specific rotation of the (−) enantiomer was determined to be −3.006 ± 0.004° by Streit-
wieser, Jr., A.; Wolfe, Jr., J. R.; Schaeffer, W. D. *Tetrahedron* **1959**, *6*, 338.

[119]For a review of chirality resulting from isotopic substitution, see Arigoni, D.; Eliel, E. L. *Top.
Stereochem.* **1969**, *4*, 127.

[120]P. Crabbé in reference 133, p. 1.

[121]Reference 129(a), p. 8.

[122]While specific rotation is ordinarily reported only as degrees, it is helpful to carry units
through calculations to ensure correct path length and concentration units are used.

[123]Reference 102, pp. 341–342.

[124]Reference 102, p. xiii.

Our discussion to this point has assumed that we can obtain pure enantiomers. In many cases we can obtain one pure enantiomer from a natural source, but often we find that enantiomeric species are formed as a **racemic mixture**—an equimolar mixture of the two enantiomers. Racemic mixtures are denoted with the prefixes (±)- or *rac*-.[125] We may try to *resolve* a racemic mixture (separate it into enantiomers) by any of a variety of chemical or biological means.[126] If we are nevertheless unable to obtain one pure enantiomer, we may be forced to use a mixture in which there is more of one enantiomer than its mirror image. In such cases we would like to know the *optical purity* of the sample, which is defined as the percentage of excess of one enantiomer over the other enantiomer. For example, the specific rotation of (+)-glyceraldehyde is +14°. A mixture of 95% (+)-glyceraldehyde and 5% (−)-glyceraldehyde is said to be 90% optically pure because the rotation of the sample is 12.6°, which is 90% of the rotation that would be observed if all of the molecules were (+)-glyceraldehyde. Thus

Optical purity = (fraction major enantiomer

− fraction minor enantiomer) × 100%    **(2.2)**

The **enantiomeric excess** is the percent major enantiomer minus the percent minor enantiomer (which is the same percentage as optical purity).[127]

### Optical Rotary Dispersion and Circular Dichroism

The sodium D line is chosen for optical activity measurements because it is a bright line that can be easily seen and easily reproduced from instrument to instrument. However, optical activity can be measured at any wavelength (λ). In the technique of **optical rotary dispersion (ORD)**, the value of [Φ] is determined over the entire near UV-vis spectrum. Optical activity is generally greater at shorter wavelengths than at longer wavelengths, so a (+) compound will generally show a curve that is more dextrorotatory at short wavelengths than at long wavelengths, while a (−) compound will be more levorotatory at shorter wavelengths.

Any optically active compound will have an ORD curve. If the graph of [Φ] versus λ does not show a maximum or minimum but simply increases in magnitude from longer to shorter wavelengths, the curve is called a **plain curve**. In some cases the ORD curve exhibits a maximum or minimum (or both), so that a Cotton effect is observed. Cotton effects occur when the wavelength is near a UV-vis absorption band of the optically active compound. Figure 2.22 shows the ORD curve for 2α-bromocholestan-3-one re-

---

[125]The term *racemic modification* is still accepted and widely used. However, the word *modification* suggests a chemical or physical change to the structures involved, whereas the word *mixture* more correctly describes the composition of the material.

[126]For a review, see Wilen, S. H. *Top. Stereochem.* **1971,** *6,* 107.

[127]For a review of the determination of enantiomeric purity (a) by NMR, see Parker, D. *Chem. Rev.* **1991,** *91,* 1441; (b) for other methods, see Raban, M.; Mislow, K. *Top. Stereochem.* **1967,** *2,* 1.

**Figure 2.22**
ORD ( - - - ),
CD ( ------ ), and
UV-vis ( +-+- )
spectra of 2α-
bromocholestan-3-
one in dioxane
solution. (Adapted
from reference
128.)



ported by Djerassi.[128] The ORD exhibits a positive Cotton effect, meaning that the magnitude of the observed optical activity increases from 400 nm to about 310 nm, then it decreases and actually becomes negative at wavelengths shorter than 300 nm. The midpoint between the extrema (most positive value and most negative value) of the Cotton effect is 293 nm, which is close to the UV-vis absorption maximum, 286 nm.

Plane polarized light has all of its electric vectors in one plane, but that is physically the same as the result obtained by taking the vector sum of two different circular polarizations of light, one clockwise and one counterclockwise, each of which has an electric vector which rotates about the axis of propagation of the photon.[129] The origin of optical activity is the different in-

[128]Djerassi, C.; Wolf, H.; Bunnenberg, E. *J. Am. Chem. Soc.* **1963**, *85*, 324.

[129]For a discussion of optical activity and circularly polarized light, see (a) Eliel, E. L. *Stereochemistry of Carbon Compounds*; McGraw-Hill: New York, 1962; chapter 14; (b) Eliel, E. L.; Wilen, S. H. *Stereochemistry of Organic Compounds*; Wiley-Interscience: New York, 1994; pp. 992–999; (c) Hill, R. R.; Whatley, B. G. *J. Chem. Educ.* **1980**, *57*, 306; (d) Brewster, J. H. *Top. Stereochem.* **1967**, *2*, 1.

