IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-424 (LPS) |
| | ) |
| SUNOVION PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT SUNOVION PHARMACEUTICALS INC.'S MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**

Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Evidence 702, Defendant Sunovion Pharmaceuticals Inc. ("Sunovion") hereby moves, as follows:

1. Pursuant to Fed. R. Civ. P. 56, Sunovion moves for summary judgment of invalidity of U.S. RE 43,984 ("'984 Reissue") pursuant to 35 U.S.C. § 112 for lack of written description and lack of enablement, 35 U.S.C. § 102(g) for anticipation due to prior invention, and 35 U.S.C. § 251 for violations of the original patent and error requirements and the rule against recapture.

2. Pursuant to Fed. R. Civ. P. 56, Sunovion moves for summary judgment of equitable intervening rights pursuant to 35 U.S.C. § 252.

3. Pursuant to Fed. R. Evid. 702, Sunovion moves to exclude certain portions of the testimony of Plaintiff Cipla Ltd.'s experts, Dr. Nicole Sampson and Dr. Jason McConville.

The grounds for these motions are set forth in Sunovion's opening brief and supporting declaration submitted herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jennifer Ying* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Karen Jacobs (#2881) |
| David E. De Lorenzi | Jennifer Ying (#5550) |
| Estelle J. Tsevdos, Ph.D. | Stephen J. Kraftschik (#5623) |
| George M. Gould | 1201 North Market Street |
| GIBBONS P.C. | P.O. Box 1347 |
| One Gateway Center | Wilmington, DE  19899 |
| Newark, NJ  07102 | (302) 658-9200 |
| (973) 596-4500 | jblumenfeld@mnat.com |
| | kjacobs@mnat.com |
| Tryn T. Stimart | jying@mnat.com |
| Wendy R. Stein | skraftschik@mnat.com |
| Patricia A. Clark, Ph.D. | |
| GIBBONS P.C. | *Attorneys for Defendant* |
| One Pennsylvania Plaza, 37th Floor | |
| New York, NY  10119-3701 | |
| (212) 613-2000 | |

December 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 12, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Anil H. Patel, Esquire<br>K&L GATES LLP<br>1000 Main Street, Suite 2550<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Peter L. Giunta, Esquire<br>K&L GATES LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Ravi S. Deol, Esquire<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Michael Freno, Esquire<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

2

Mitchell G. Stockwell, Esquire  *VIA ELECTRONIC MAIL*
Joshua Lee, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE , Suite 2800
Atlanta, GA  30309-4528
*Attorneys for Plaintiff*

Taylor Higgins Ludlam, Esquire  *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC  27609
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)

2