IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIPLA LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-424 (LPS) |
| | ) |
| SUNOVION PHARMACEUTICALS INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Cipla Ltd. ("Cipla") and defendant Sunovion Pharmaceuticals Inc. ("Sunovion"), subject to the approval of the Court, that all claims and all counterclaims in the above-captioned action are dismissed with prejudice. Each side will bear its own fees and costs as to the dismissed claims and counterclaims.

| | |
|---|---|
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Kenneth L. Dorsney* | /s/ *Karen Jacobs* |
| Kenneth L. Dorsney (#3726) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue, Suite 1500 | Karen Jacobs (#2881) |
| Wilmington, DE 19801 | Jennifer Ying (#5550) |
| (302) 888-6800 | 1201 North Market Street |
| kdorsney@morrisjames.com | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | kjacobs@mnat.com |
| | jying@mnat.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2018.

_____
Chief, United States District Court Judge

10124729/1